The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| John Doe, Jane Doe, Jack Doe, Jason Doe, Julia Doe, Joseph Doe and James Doe, individually, and on behalf of all others similarly situated; the Episcopal Diocese of Olympia, and the Council on American Islamic Relations-Washington,<br><br>Plaintiffs,<br><br>v.<br><br>Donald Trump, President of The United States; U.S. Department of State; Rex Tillerson, Secretary of State; U.S. Department of Homeland Security; John Kelly, Secretary of Homeland Security; U.S. Customs and Border Protection; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection; and Michele James, Field Director of the Seattle Field Office of U.S. Customs and Border Protection,<br><br>Defendants. | No. 2:17-cv-00178-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO PROCEED ANONYMOUSLY<br><br>NOTING DATE: [APRIL 6, 2017] |



Plaintiffs John Doe, Jane Doe, Jack Doe, Jason Doe, Julia Doe, Joseph Doe and James Doe (collectively "Doe Plaintiffs") and Defendants Donald Trump, President of The United States; U.S. Department of State; Rex Tillerson, Secretary of State; U.S. Department of Homeland Security; John Kelly, Secretary of Homeland Security; U.S. Customs and Border

STIPULATION TO PROCEED
ANONYMOUSLY
(2:17-cv-00178-JLR) - 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Protection; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection; and Michele James, Field Director of the Seattle Field Office of U.S. Customs and Border Protection (collectively "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

Doe Plaintiffs filed a Class Action Complaint for Declaratory and Injunctive Relief on February 7, 2017 and a First Amended Class Action Complaint for Declaratory and Injunctive Relief on March 14, 2017.

Doe Plaintiffs represent to the Court that they filed their complaints under pseudonyms because, *inter alia*, of widespread reports of the increases in anti-Muslim harassment around the country, including here in Washington. Doe Plaintiffs fear similar harassment if they were to be publicly named in this lawsuit.

At this time, Defendants do not oppose Plaintiffs' motion to proceed under pseudonyms. However, Defendants reserve the right at a future date either to request that the Court enter a protective order to provide access to Defendants, or to move to unseal the identities of one or more of the pseudonymous Plaintiffs. Although Defendants do not have a need at this time for the pseudonymous Plaintiffs to reveal their identity or otherwise be publicly disclosed, future litigation events—including, but not limited to, Defendants' need to respond to any motion for class certification—may require this Court to revisit the issue.

**WHEREAS,**

IT IS HEREBY STIPULATED by and among Doe Plaintiffs and Defendants, subject to the Court's approval, as follows:

Doe Plaintiffs shall be allowed to proceed under pseudonyms in this action at this time.

STIPULATION TO PROCEED ANONYMOUSLY
(2:17-cv-00178-JLR) - 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 6th day of April, 2017.

**Presented by:**

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney

   Lynn Lincoln Sarko, WSBA # 16569
   Tana Lin, WSBA # 35271
   Amy Williams-Derry, WSBA #28711
   Derek W. Loeser, WSBA # 24274
   Alison S. Gaffney, WSBA #45565
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
   Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          awilliam-derry@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton

   Laurie B. Ashton (*Pro Hac Vice*)
   3101 North Central Avenue, Suite 1400
   Phoenix, Arizona 85012-2600
   Telephone: (602) 248-0088
   Facsimile: (602) 248-2822
   Email: lashton@kellerrohrback.com

By: /s/ Alison Chase

   Alison Chase (*Pro Hac Vice*)
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Telephone: (805) 456-1496
   Facsimile: (805) 456-1497
   Email: achase@kellerrohrback.com

*Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

STIPULATION TO PROCEED ANONYMOUSLY
(2:17-cv-00178-JLR) - 3

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

WASHINGTON FOUNDATION

By: /s/ Emily Chiang

Emily Chiang, WSBA # 50517
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: echiang@aclu-wa.org

*Attorney for Plaintiffs*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED 7 April 2017

Hon. James L. Robart
United States District Judge

STIPULATION TO PROCEED
ANONYMOUSLY
(2:17-cv-00178-JLR) - 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2017, a copy of the Stipulation and [Proposed] Order to Allow Plaintiffs to Proceed Anonymously was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that pursuant to Fed. R. Civ. P. 5(b)(E), I caused the foregoing document to be served on all Defendants by sending an electronic copy via e-mail to Michelle Bennett, counsel for Defendants, at Michelle.Bennett@usdoj.gov on April 6, 2017.

DATED this 6th day of April, 2017.

KELLER ROHRBACK L.L.P.

By: /s/ Tana Lin

Tana Lin, WSBA # 35271
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: tlin@kellerrohrback.com

*Attorney for Plaintiffs/Cooperating Attorney for the American Civil Liberties Union Of Washington Foundation*

STIPULATION TO PROCEED ANONYMOUSLY
(2:17-cv-00178-JLR) - 5

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384