The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JOHN DOE, *et al.*,

               Plaintiffs,

        v.

DONALD TRUMP, in his official capacity as
President of the United States, *et al.*,

               Defendants.

No. 2:17-cv-00178 (JLR)

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES**

Noted For Consideration:
April 10, 2017

Pursuant to Local Civil Rule 7(d)(1), Plaintiffs and Defendants, through their respective

undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiffs challenge Executive Order 13,780, titled "Protecting the Nation from

Foreign Terrorist Entry into the United States." *See* Fed. Reg. 13,209 (Mar. 9, 2017). Plaintiffs

filed a First Amended Class Action Complaint for Declaratory and Injunctive Relief on March

14, 2017. *See* ECF No. 10. Defendants' response to the First Amended Complaint is currently

due on April 11, 2017.

2.      The parties have been conferring about how to proceed in this case in light of

Defendants' appeal of a preliminary injunction in a similar case, *Hawaii v. Trump*, No. CV 17-

00050 (D. Haw.), as well as stay motions Defendants have filed in similar cases in this District,

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

*see Washington v. Trump*, No. 2:17-cv-00141-JRL, ECF No. 175 (W.D. Wash. Mar. 30, 2017);
*Ali v. Trump*, No. 2:17-cv-00135-JLR, ECF No. 85 (W.D. Wash. Mar. 30, 2017). To permit the
parties to benefit from the Court's rulings on the stay motions filed in these other cases and to
consult further before Defendants are required to respond to the complaint, the parties stipulate
that Defendants' deadline to respond to Plaintiffs' First Amended Complaint shall be extended
to April 28, 2017.

3.      Plaintiffs intend to file a motion for class certification shortly. In a similar case
pending in this District, the Court extended the deadline for Defendants to respond to the
plaintiffs' motion for class certification to permit the parties to benefit from the Ninth Circuit's
resolution of the appeal in *Hawaii v. Trump*. *See Ali*, ECF No. 91 (Apr. 5, 2017). The parties
agree that a similar extension is warranted in this case. Therefore, the parties stipulate that
Defendants shall file a response to Plaintiffs' forthcoming motion for class certification within
fourteen (14) days of the Ninth Circuit's ruling in *Hawaii v. Trump*, and Plaintiffs shall file a
reply no later than seven (7) days after Defendants file their response.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs
and Defendants, subject to the Court's approval, that

Defendants' deadline to respond to Plaintiffs' First Amended Complaint is extended to
April 28, 2017;

Defendants shall file a response to Plaintiffs' forthcoming motion for class certification
within fourteen (14) days of the Ninth Circuit's ruling in *Hawaii v. Trump*; and

Plaintiffs shall file a reply in support of class certification within seven (7) days after
Defendants file their response.

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

DATED this 10th day of April, 2017.

**Presented by**:

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney

    Lynn Lincoln Sarko, WSBA # 16569
    Tana Lin, WSBA # 35271
    Amy Williams-Derry, WSBA #28711
    Derek W. Loeser, WSBA # 24274
    Alison S. Gaffney, WSBA #45565
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email: lsarko@kellerrohrback.com
        tlin@kellerrohrback.com
        awilliam-derry@kellerrohrback.com
        dloeser@kellerrohrback.com
        agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton

    Laurie B. Ashton (*Pro Hac Vice*)
    3101 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2600
    Telephone: (602) 248-0088
    Facsimile: (602) 248-2822
    Email: lashton@kellerrohrback.com

By: /s/ Alison Chase

    Alison Chase (*Pro Hac Vice*)
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Facsimile: (805) 456-1497
    Email: achase@kellerrohrback.com

    *Attorneys for Plaintiffs/Cooperating*
    *Attorneys for the American Civil*
    *Liberties Union Of Washington*
    *Foundation*

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs
Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By: /s/ Emily Chiang
By: /s/ La Rond Baker
    Emily Chiang, WSBA # 50517
    La Rond Baker WSBA # 43610
    901 Fifth Avenue, Suite 630
    Seattle, Washington 98164
    Telephone: (206) 624-2184
    Email: echiang@aclu-wa.org
          lbaker@aclu-wa.org

*Attorney for Plaintiffs*


# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated  11 April 2017

                                  JAMES L. ROBART
                                  United States District Judge

STIPULATION TO EXTEND DEADLINES - 4
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 10, 2017, a copy of the Stipulation and [Proposed] Order to Extend Deadlines was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that pursuant to Fed. R. Civ. P. 5(b)(E), I caused the foregoing document to be served on all Defendants by sending an electronic copy via e-mail to Michelle Bennett, counsel for Defendants, at Michelle.Bennett@usdoj.gov on April 10, 2017.

DATED this 10th day of April, 2017.

KELLER ROHRBACK L.L.P.


By: /s/ Tana Lin

Tana Lin, WSBA # 35271
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: tlin@kellerrohrback.com

*Attorney for Plaintiffs/Cooperating Attorney for the American Civil Liberties Union Of Washington Foundation*

STIPULATION TO EXTEND DEADLINES - 5
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902