The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 2:17-cv-00178 (JLR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING COMPLAINT AND DEADLINES**<br><br>Noted For Consideration:<br>April 26, 2017 |

Pursuant to Local Civil Rule 7(d)(1), Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs challenge Executive Order 13,780, titled "Protecting the Nation from Foreign Terrorist Entry into the United States." *See* Fed. Reg. 13,209 (Mar. 9, 2017). Plaintiffs filed a First Amended Class Action Complaint for Declaratory and Injunctive Relief on March 14, 2017. *See* ECF No. 10. Pursuant to the April 11, 2017 Stipulation and Order to Extend Deadlines, Defendants' response to the First Amended Complaint is currently due on April 28, 2017. *See* ECF No. 18.

2. Plaintiffs intend to file a Second Amended Complaint. The parties stipulate that Plaintiffs may file a Second Amended Complaint on or before May 8, 2017. Because Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

will be filing a Second Amended Complaint, the parties agree that Defendants need not respond to the First Amended Complaint.

3. The parties have been conferring about how to proceed in this case in light of Defendants' appeal of a preliminary injunction in a similar case, *Hawaii v. Trump*, No. CV 17-00050 (D. Haw.), as well as stay motions Defendants have filed in similar cases in this District, *see Washington v. Trump*, No. 2:17-cv-00141-JRL, ECF No. 175 (W.D. Wash. Mar. 30, 2017); *Ali v. Trump*, No. 2:17-cv-00135-JLR, ECF No. 85 (W.D. Wash. Mar. 30, 2017). In *Washington*, the Court extended the deadline for Defendants to respond to the complaint in that case until seven (7) days after the Court resolves Defendants' pending motion to stay that case. *See Washington*, ECF No. 183 (Apr. 13, 2017).

4. To permit the parties here to benefit from the Court's rulings on the stay motions filed in *Washington* and *Ali*, and to consult further before Defendants are required to respond to Plaintiffs' forthcoming Second Amended Complaint, the parties stipulate that Defendants' deadline to respond to Plaintiffs' Second Amended Complaint shall be May 22, 2017, or ten (10) days after the Court resolves Defendants' pending stay motions in *Washington* and *Ali*, whichever is later.

5. Depending on how the Court resolves the stay motions in *Washington* and *Ali*, the parties may request further modification of the deadlines herein.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the Court's approval, that:

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1. Defendants need not respond to Plaintiffs' First Amended Complaint;

2. Plaintiffs shall file a Second Amended Complaint on or before May 8, 2017; and

3. Defendants shall respond to Plaintiffs' Second Amended Complaint on May 22, 2017, or ten (10) days after the Court resolves Defendants' pending stay motions in *Washington* and *Ali*, whichever is later.

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

DATED: APRIL 26, 2017

**Presented by:**

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney

   Lynn Lincoln Sarko, WSBA # 16569
   Tana Lin, WSBA # 35271
   Amy Williams-Derry, WSBA #28711
   Derek W. Loeser, WSBA # 24274
   Alison S. Gaffney, WSBA #45565
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
   Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          awilliams-derry@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com


By: /s/ Laurie B. Ashton

   Laurie B. Ashton (*Pro Hac Vice*)
   3101 North Central Avenue, Suite 1400
   Phoenix, Arizona 85012-2600
   Telephone: (602) 248-0088
   Facsimile: (602) 248-2822
   Email: lashton@kellerrohrback.com

By: /s/ Alison Chase

   Alison Chase (*Pro Hac Vice*)
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Telephone: (805) 456-1496
   Facsimile: (805) 456-1497
   Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation***

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

***Attorneys for Defendants***

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By: /s/ Emily Chiang
By: /s/ La Rond Baker

Emily Chiang, WSBA # 50517
La Rond Baker, WSBA # 43610
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: echiang@aclu-wa.org
       lbaker@aclu-wa.org

*Attorney for Plaintiffs*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated 26 April 2016

JAMES L. ROBART
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I electronically filed the foregoing Stipulation and [Proposed] Order Regarding Amending Complaint and Deadlines using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT

STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDING COMPLAINT AND DEADLINES
*John Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902