# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> ORDER TO SHOW CAUSE |

On May 17, 2017, the court stayed proceedings in *Washington v. Trump*, No. C17-0141JLR (W.D. Wash.) pending the Ninth Circuit's resolution of the appeal in *Hawaii v. Trump*, No. CV 17-00059 (D. Haw.). *See Washington*, No. C17-0141JLR (W.D. Wash.), Dkt. # 189; *see also Hawaii v. Trump*, No. 17-15589 (9th Cir.). On May 22, 2017, the court also stayed proceedings in *Ali v. Trump*, No. C17-0135JLR (W.D. Wash.) pending resolution of the same Ninth Circuit appeal. *See Ali*, No. C17-0135JLR (W.D. Wash.), Dkt. # 95. In light of these rulings, the court ORDERS the parties to show cause why this matter should not be similarly stayed pending resolution of appeal in

*Hawaii v. Trump*. The court ORDERS the parties to file separate memoranda addressing this issue no later than Friday, May 26, 2017. The parties shall limit the length of their memoranda to no more than 10 pages.

Dated this 22nd day of May, 2017.

JAMES L. ROBART
United States District Judge