The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | No. 2:17-cv-00178 (JLR)<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER TO EXTEND DEADLINE**<br>**FOR SUBMITTING JOINT STATUS**<br>**REPORT**<br><br>Noted for Consideration:<br>June 22, 2017 |

Pursuant to the May 30, 2017, Stipulation and Order to Stay Proceedings, Dkt. # 34, Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1.  Plaintiffs challenge Executive Order 13,780, titled "Protecting the Nation from Foreign Terrorist Entry into the United States." *See* 82 Fed. Reg. 13,209 (Mar. 6, 2017). Plaintiffs have filed a Second Amended Class Action Complaint for Declaratory and Injunctive Relief contesting the legality of the Executive Order, Dkt. # 30, as well as a Motion for Class Certification, Dkt. # 19.

---

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE
FOR SUBMITTING JOINT
STATUS REPORT
(2:17-cv-00178-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

2. On May 17, 2017, and May 22, 2017, respectively, the Court entered orders staying the proceedings in *Washington v. Trump*, No. 17-141JLR (W.D. Wash.), Dkt. # 189, and *Ali v. Trump*, No. 17-135JLR (W.D. Wash.), Dkt. # 95, pending resolution of the appeal in *Hawaii v. Trump*, No. 17-15589 (9th Cir.).

3. In light of the Court's orders staying proceedings in *Washington* and *Ali*, Plaintiffs and Defendants stipulated to a similar stay in this case. Pursuant to the parties' stipulation, on May 30, 2017, the Court entered an Order staying all proceedings in this case pending the Ninth Circuit's resolution of the appeal in *Hawaii*. *See* Stipulation and Order to Stay Proceedings, Dkt. # 34. The Court further ordered the parties to file a joint status report within ten days of the Ninth Circuit's ruling in *Hawaii* so that the Court could evaluate the continued appropriateness of a stay at that time.

4. On June 12, 2017, the Ninth Circuit issued its decision in *Hawaii*, affirming in part and vacating in part the district court's entry of a preliminary injunction against enforcement of Sections 2 and 6 of the Executive Order. *See Hawaii v. Trump*, No. 17-15589, 2017 WL 2529640 (9th Cir. June 12, 2017). The Ninth Circuit overturned certain portions of the injunction involving internal-review procedures, but it upheld the remainder based on statutory grounds. Accordingly, the parties' joint status report is currently due on June 22, 2017.

5. On May 25, 2017, the Fourth Circuit issued a decision in *International Refugee Assistance Project v. Trump*, 857 F.3d 554 (4th Cir. 2017) (en banc), affirming a preliminary injunction against enforcement of Section 2(c) of the Executive Order on Establishment Clause grounds.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT (2:17-cv-00178-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

6. Defendants have sought Supreme Court review of the courts of appeals decisions in both *Hawaii* and *IRAP*. In particular, Defendants have asked the Supreme Court to grant certiorari in both cases so that they may be considered together and to stay the preliminary injunctions in both cases pending disposition of the petitions for writ of certiorari and any further proceedings in the Supreme Court. *See Hawaii*, No. 16A-1191 (filed June 1, 2017); *IRAP*, No. 16-1436 (filed June 1, 2017); *IRAP*, No. 16A-1190 (filed June 1, 2017). Defendants also requested expedited briefing on and consideration of their petitions for writ of certiorari so that the petitions could be considered before the Supreme Court adjourns for the summer and, if the Supreme Court grants review, merits briefing could be completed by the beginning of next Term. Pursuant to the schedules set by the Supreme Court, the certiorari petitions and stay applications were fully briefed on June 21, 2017.

7. To permit the parties to benefit from any decision(s) by the Supreme Court on the certiorari petitions and stay applications in *Hawaii* and *IRAP* before filing a joint status report on the continued appropriateness of the stay in this case, the parties stipulate and agree to an extension of time for submission of their joint status report. The parties shall file a joint status report on the continued appropriateness of the stay by July 14, 2017.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the Court's approval, that:

A. The parties shall file a joint status report on the continued appropriateness of the stay in this case by July 14, 2017.

DATED this 22nd day of June, 2017.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT (2:17-cv-00178-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

**Presented by:**

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney

Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA #28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA #45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
    tlin@kellerrohrback.com
    awilliam-derry@kellerrohrback.com
    dloeser@kellerrohrback.com
    agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton

Laurie B. Ashton (*Pro Hac Vice*)
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: lashton@kellerrohrback.com

By: /s/ Alison Chase

Alison Chase (*Pro Hac Vice*)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation***

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

***Attorneys for Defendants***

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT
(2:17-cv-00178-JLR) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

1  AMERICAN CIVIL LIBERTIES UNION OF
2  WASHINGTON FOUNDATION

3  By: /s/ Emily Chiang
By: /s/ La Rond Baker
4  Emily Chiang, WSBA # 50517
La Rond Baker WSBA # 43610
5  901 Fifth Avenue, Suite 630
Seattle, Washington 98164
6  Telephone: (206) 624-2184
Email: echiang@aclu-wa.org
7  lbaker@aclu-wa.org

*Attorney for Plaintiffs*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 23, 2017

JAMES L. ROBART
United States District Judge

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE
FOR SUBMITTING JOINT
STATUS REPORT
(2:17-cv-00178-JLR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 22nd day of June, 2017.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT
(2:17-cv-00178-JLR) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902