The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| John Doe, Jack Doe, Jason Doe, Joseph Doe and James Doe, individually, and on behalf of all others similarly situated; the Episcopal Diocese of Olympia, and the Council on American Islamic Relations-Washington,<br><br>Plaintiffs,<br><br>v.<br><br>Donald Trump, President of The United States; U.S. Department of State; Rex Tillerson, Secretary of State; U.S. Department of Homeland Security; John Kelly, Secretary of Homeland Security; U.S. Customs and Border Protection; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection; and Michele James, Field Director of the Seattle Field Office of U.S. Customs and Border Protection,[1]<br><br>Defendants. | No. 2:17-cv-00178-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO LIFT STAY OF PROCEEDINGS AND PERMIT PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT**<br><br>**NOTING DATE: NOVEMBER 2, 2017** |

Plaintiffs and Defendants, through their respective undersigned counsel, hereby state the following:

---

[1] John Kelly is no longer Secretary of Homeland Security. The appropriate change will be made if Plaintiffs are allowed to file a Third Amended Complaint.

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

1. Plaintiffs currently have pending a Second Amended Class Action Complaint for Declaratory and Injunctive Relief contesting Executive Order 13,780, titled "Protecting the Nation from Foreign Terrorist Entry into the United States" ("EO-2"), *see* 82 Fed. Reg. 13,209 (Mar. 6, 2017), which this Court previously stayed on May 30, 2017, pursuant to a stipulation of the parties. ECF No. 34.

2. In a joint status report to the Court dated July 14, 2017, the parties agreed that in light of the proceedings in the Supreme Court in two other cases challenging EO-2, the stay of the case should remain in place. The parties also agreed that "should circumstances change such that lifting the stay is warranted, any party may move to lift the stay." ECF No. 38.

3. On October 10, 2017, the Supreme Court dismissed *IRAP* as moot and directed the Fourth Circuit to vacate its opinion because there was no longer a live controversy as the only section of EO-2 enjoined in *IRAP* had "expired by its own terms on September 24, 2017." *Trump v. IRAP*, __ S. Ct. __, No. 16-1436, 2017 WL 4518553 (U.S. Oct. 10, 2017). Similarly, on October 24, 2017, the Supreme Court dismissed *Hawaii* as moot and directed the Ninth Circuit to vacate its opinion as the "provisions of the Order have 'expired by [their] own terms.'" *Trump v. Hawaii*, __ S. Ct. __, No. 16-1540, 2017 WL 4782860, at *1 (U.S. Oct. 24, 2017).

4. On September 24, 2017, the President issued a Presidential Proclamation titled "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats." 82 Fed. Reg. 45,161 (Sept. 27, 2017) ("Proclamation").

5. On October 17, 2017, the District Courts of Hawaii and Maryland issued orders preliminarily enjoining certain provisions of the Proclamation nationwide. *Hawaii v. Trump*, __ F. Supp. 3d __, No. 17-00050, 2017 WL 4639560 (D. Haw. Oct. 17, 2017) (granting TRO); *Int'l*

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

*Refugee Assistance Project v. Trump*, __ F. Supp. 3d __, Nos. 18-0361, 17-2921, 17-2629 (D. Md. Oct. 17, 2017) (granting preliminary injunction); *see Hawaii v. Trump*, No. 1:17-cv-00050-DKW-KSC, ECF No. 390 (D. Haw. Oct. 20, 2017) (converting TRO into preliminary injunction).

6. On October 23, 2017, the Secretary of State, Acting Secretary of Homeland Security, and Director of National Intelligence issued a Memorandum to the President titled "Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities" ("October 23 Agency Memo"). On October 24, 2017, the President issued Executive Order 13,815, titled "Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities." 82 Fed. Reg. 50,055 (Oct. 27, 2017) ("October 24 Executive Order").

7. Plaintiffs seek to lift the stay of the proceedings in this case to amend their complaint to add allegations regarding the Proclamation, the October 24 Executive Order, and the October 23 Agency Memo. Plaintiffs also intend to file a motion for a preliminary injunction challenging the portions of the October 23 Agency Memo relating to the derivative refugee admissions process.

8. Plaintiffs will not seek to enjoin the Proclamation at this time due to the already pending challenges in *Hawaii* and *IRAP*.

9. The parties have agreed to brief Plaintiffs' forthcoming motion for a preliminary injunction on the schedule proposed below.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the Court's approval, that:

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

A. The stay of the proceedings shall be lifted to allow Plaintiffs to file an amended complaint addressing the Proclamation, the October 24 Executive Order, and the October 23 Agency Memo.

B. As Defendants have not yet filed a responsive pleading to Plaintiffs' Second Amended Complaint and do not oppose allowing Plaintiffs to file an amended complaint, Plaintiffs shall be granted leave to file a third amended complaint.

C. Plaintiffs shall be allowed to file a motion for a preliminary injunction challenging the portions of the October 23 Agency Memo relating to the derivative refugee admissions process.

D. The schedule for amending the complaint and briefing of the motion for a preliminary injunction will be as follows:

1. Plaintiffs shall file their Third Amended Complaint and Motion for a Preliminary Injunction by 5 p.m. PT on Monday, November 6, 2017;

2. Defendants' deadline to respond to the Third Amended Complaint will be extended until after Plaintiffs' preliminary injunction motion is resolved with the parties to confer at a later date upon a schedule;

3. Defendants shall file a response to the Motion for a Preliminary Injunction by 5 p.m. PT on Wednesday, November 16, 2017;

4. Plaintiffs shall file a reply brief by 5 p.m. PT on Wednesday, November 22, 2017; and

5. Argument shall be heard at the Court's convenience during the week of December 4, but in no event sooner than November 29.

DATED this 2nd day of November, 2017.

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

| | |
|---|---|
| **Presented by:**<br><br>KELLER ROHRBACK L.L.P.<br><br>By: /s/ Lynn Lincoln Sarko<br>By: /s/ Tana Lin<br>By: /s/ Amy Williams-Derry<br>By: /s/ Derek W. Loeser<br>By: /s/ Alison S. Gaffney<br><br>    Lynn Lincoln Sarko, WSBA # 16569<br>    Tana Lin, WSBA # 35271<br>    Amy Williams-Derry, WSBA #28711<br>    Derek W. Loeser, WSBA # 24274<br>    Alison S. Gaffney, WSBA #45565<br>    1201 Third Avenue, Suite 3200<br>    Seattle, WA 98101<br>    Telephone: (206) 623-1900<br>    Facsimile: (206) 623-3384<br>    Email: lsarko@kellerrohrback.com<br>           tlin@kellerrohrback.com<br>           awilliam-derry@kellerrohrback.com<br>           dloeser@kellerrohrback.com<br>           agaffney@kellerrohrback.com<br><br>By: /s/ Laurie B. Ashton<br><br>    Laurie B. Ashton (*Pro Hac Vice*)<br>    3101 North Central Avenue, Suite 1400<br>    Phoenix, Arizona 85012-2600<br>    Telephone: (602) 248-0088<br>    Facsimile: (602) 248-2822<br>    Email: lashton@kellerrohrback.com | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>JENNIFER D. RICKETTS<br>Director, Federal Programs Branch<br><br>JOHN R. TYLER<br>Assistant Director, Federal Programs Branch<br><br>/s/ Michelle R. Bennett<br>MICHELLE R. BENNETT<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 305-8902<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br><br>***Attorneys for Defendants*** |
| By: /s/ Alison Chase<br><br>    Alison Chase (*Pro Hac Vice*)<br>    801 Garden Street, Suite 301<br>    Santa Barbara, CA 93101<br>    Telephone: (805) 456-1496<br>    Facsimile: (805) 456-1497<br>    Email: achase@kellerrohrback.com<br><br>***Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*** | |

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
    Emily Chiang, WSBA # 50517
    901 Fifth Avenue, Suite 630
    Seattle, Washington 98164
    Telephone: (206) 624-2184
    Email: echiang@aclu-wa.org
           lbaker@aclu-wa.org

*Attorney for Plaintiffs*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** except that the hearing on on Plaintiffs' motion for a preliminary injunction shall be held on Monday, December 11, 2017, at 1:30 p.m. (P.S.T.).

Date: 2ND November 2017        By: _____
                                    JAMES L. ROBART
                                    United States District Judge

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902

# CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 2nd day of November, 2017.

KELLER ROHRBACK L.L.P.

By: /s/ Tana Lin

Tana Lin, WSBA # 35271
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: tlin@kellerrohrback.com

*Attorney for Plaintiffs/Cooperating Attorney for the American Civil Liberties Union Of Washington Foundation*

STIPULATION TO LIFT STAY
AND FILE A THIRD
AMENDED COMPLAINT
(2:17-cv-00178-JLR) - 7

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:(202) 305-8902