The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

John Doe, Jack Doe, Jason Doe, Joseph Doe James Doe, Jeffrey Doe, individually, and on behalf of all others similarly situated; the Episcopal Diocese of Olympia, and the Council on American Islamic Relations-Washington,

Plaintiffs,

v.

Donald Trump, President of The United States; U.S. Department of State; Rex Tillerson, Secretary of State; U.S. Department of Homeland Security; Elaine Duke, Acting Secretary of Homeland Security; U.S. Customs and Border Protection; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection; and Michele James, Field Director of the Seattle Field Office of U.S. Customs and Border Protection; Office of the Director of National Intelligence; and Daniel Coats, Director of the Office of the Director of National Intelligence,

Defendants.

No. 2:17-cv-00178-JLR

DECLARATION OF TANA LIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF TANA LIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
(2:17-cv-00178-JLR) - 1

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

Pursuant to 28 U.S.C. § 1746, I, Tana Lin, hereby declare and state:

1. I am a partner at the law firm of Keller Rohrback L.L.P. ("Keller Rohrback").

2. Attached hereto as Exhibit A is a true and correct copy of Executive Order 13815, "Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities."

3. Attached hereto as Exhibit B is a true and correct copy of the October 23, 2017 Memorandum to the President from Defendants Tillerson, Duke, and Coates titled "Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 6th day of November, 2017, at Seattle, Washington.

_____
Tana Lin

DECLARATION OF TANA LIN
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
(2:17-cv-00178-JLR) - 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384