The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

John Doe, Jack Doe, Jason Doe, Joseph Doe, James Doe, Jeffrey Doe individually, and on behalf of all others similarly situated; the Episcopal Diocese of Olympia, and the Council on American Islamic Relations-Washington,

Plaintiffs,

v.

Donald Trump, President of The United States; U.S. Department of State; Rex Tillerson, Secretary of State; U.S. Department of Homeland Security; Elaine Duke, Acting Secretary of Homeland Security; U.S. Customs and Border Protection; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection; and Michele James, Field Director of the Seattle Field Office of U.S. Customs and Border Protection; Office of the Director of National Intelligence; and Daniel Coats, Director of the Office of the Director of National Intelligence,

Defendants.

No. 2:17-cv-00178-JLR

DECLARATION OF JOSEPH DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, "Joseph Doe," do hereby declare and state:

DECLARATION OF JOSEPH DOE
(2:17-cv-00178-JLR) - 1

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

1. I have personal knowledge of the matters contained herein and, where I do not have direct knowledge, I believe them to be true and correct based upon the information available to me.

2. I am originally from Somalia. I currently live in Des Moines, Washington.

3. When I was a child, my family and I fled Somalia because of the violent civil war in our country, to escape persecution and the risk of being killed because of our clan membership.

4. While we were trying to reach safety, we spent weeks trying to stay hidden in the forest while trying to get to Kenya on foot and without food. Fighters from one of the warring factions found us in the forest and raped my older sister in front of me and my family. My mother tried to stop the rape, but the men clubbed her in the head with the butt of their guns. My sister was pregnant at that time, and she had so much bleeding after the assault that she died.

5. We eventually got to Kenya and began living in a refugee camp. I lived in refugee camps in Kenya starting in 1992 when I was approximately 10 years old. I was in refugee camps for nearly 22 years.

6. I first initially interviewed with the United Nations High Commissioner for Refugees in 2000 with my mother, two brothers, and three surviving sisters.

7. One day in 2004 when I returned to the refugee camp after going out to try and earn some money for my family, I learned that the local Turkana people had raided the camp while I was gone, and my family had disappeared. I have not seen them since although I recently learned after all these years that some of my family are still alive.

8. By the time I finally interviewed with USCIS/DHS in 2011, I had met my wife and gotten married. We have three children.

DECLARATION OF JOSEPH DOE
(2:17-cv-00178-JLR) - 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

9. I finally completed the extensive DSH/USCIS screening process in December 2013 and arrived in the United States on January 28, 2014, as a refugee. But my refugee status only applied to myself, not my wife and children, as the refugee process was started when I first arrived at a refugee camp as a child. I had to leave my wife and three children behind in Kenya. My youngest child was only six months old at the time I left.

10. In June 2015, I filed a Refugee/Asylee Relative Petition, Form I-730, for my wife and for my children, who are now 4, 5, and 9 years old. I would have filed the petitions right away but I didn't know I could petition for my family. When I first arrived in the U.S., everything was new and I didn't understand the process. Eventually, after asking people who had been here longer than I had, I found out that I had the right to ask for my family to be admitted, and my caseworker at the International Rescue Committee helped me file the petitions.

11. I became a lawful permanent resident in 2016.

12. My wife and children had their final interviews in November 2016, which they successfully passed; they have completed the security clearance; they completed their medical clearance on January 31, 2017; and they received their final required immunizations on March 1, 2017. My family was assured by a refugee resettlement agency on June 5, 2017, and we were then only waiting for them to be scheduled for travel to the United States.

13. With the suspension of the refugee admissions program, the medical clearances for my wife and children had expired, and they had to go through that part of the process all over again. My wife and one of my children have received their new medical clearances. My two other children have been re-examined but we are still waiting for their results.

14. I work a full-time job to support my family.

DECLARATION OF JOSEPH DOE
(2:17-cv-00178-JLR) - 3

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

15. I regularly talk to my wife and children on the phone. My youngest son, now four years old, often cries for me and constantly asks me, "Where are you? Why can't you come for us?"

16. With the continued suspension of admissions for I-730 follow-to-join family like mine, my family's travel to the United States will be further delayed—and possibly indefinitely if the refugee cap is met before they are admitted, and I will be prevented from being reunited with my wife and children.

17. With every delay, I worry that my family will be stuck in a cycle of receiving their medical clearances but then having them expire, which would require them to repeat that part of the process, as has already happened once.

18. There isn't a day that I do not think of my wife and children, wish that I could just hold and hug them, and dream of being able to be a family again, all together in one place. Often at night I can't fall asleep because I am thinking about my family and wondering if tomorrow will be the day that I get the news that my family's travel has been scheduled and I will be reunited with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 4th day of November, 2017, at Seattle, Washington.

_____
Joseph Doe

DECLARATION OF JOSEPH DOE
(2:17-cv-00178-JLR) - 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384