UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, et al.,<br><br>                Plaintiffs,<br>    v.<br><br>DONALD TRUMP, et al.,<br><br>                Defendants. | CASE NO. C17-0178JLR<br><br>ORDER TO SHOW CAUSE REGARDING CONSOLIDATION |

On November 13, 2017, Jewish Family Service of Seattle, Jewish Family Services of Silicon Valley, and a variety of both named and "Doe" plaintiffs filed a related lawsuit against President Donald Trump, the United States Department of Homeland Security, Acting Secretary of Homeland Security Elaine Duke, the United States Department of State, Secretary of State Rex W. Tillerson, Office of the Director of National Intelligence, and Acting Director of National Intelligence Daniel Coats. *See Jewish Family Service of Seattle, et al., v. Trump, et al.*, No. C17-1707JLR (W.D. Wash.). The court has compared the complaint in this action with the complaint in the newly-filed action and ORDERS

the parties here to show cause why these two matters should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). In response to this order, Plaintiffs and Defendants shall file separate memoranda of no longer than 10 pages by November 29, 2017.

Dated this 21st day of November, 2017.

JAMES L. ROBART
United States District Judge