THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>   Defendants. | Civil Action No. 2:17-cv-00178 JLR<br><br>STIPULATION AND [PROPOSED]<br>ORDER REGARDING<br>CONSOLIDATION AND SCHEDULING<br>FOR FURTHER PROCEEDINGS |

On November 21, 2017, the Court directed the parties in *Jewish Family Service of Seattle v. Trump*, No. 2:17-cv-01707JLR (W.D. Wash.), and *Doe v. Trump*, No. 2:17-cv-00178 (W.D. Wash.), to show cause why the actions should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). The parties have met and conferred and now agree and stipulate to the following:

1. The cases may be consolidated for further proceedings, provided that (1) the actions retain their separate character, (2) parties to one action will not be designated as parties to the other, (3) parties may continue to file separate briefing so long as it is not duplicative, and (4) consolidation will not affect the page limits to which parties are entitled under the Local Rules, except as

provided in this stipulation or by subsequent Court order.[1] Because *Doe* was filed first, it shall be the lead case for all future filings.

2. The preliminary injunction hearing in *Doe* presently scheduled for December 11, 2017, at 1:30 p.m. PST should be vacated, and a new consolidated hearing to address the issues raised in the preliminary injunction motions filed in both *Doe* and *Jewish Family Service* should be set at a date and time convenient for the Court following the completion of briefing in *Jewish Family Service*. The parties respectfully propose a consolidated hearing during the week of December 18, 2017, preferably during the early part of that week in view of the approaching federal holidays.

3. Each set of Plaintiffs may file a short notice joining the motion of the other Plaintiffs and addressing issues raised in the opening preliminary injunction brief filed by the other set of Plaintiffs, provided that Plaintiffs will not use these short notices to raise new claims or merits arguments not previously raised by one set or the other. Thus, the parties agree that, on or before November 29, 2017, the *Doe* Plaintiffs and the *Jewish Family Service* Plaintiffs may each file a notice no longer than three pages addressing relevant issues raised in the other set of Plaintiffs' opening brief. The Government may respond to these supplemental arguments in its response in opposition to the *Jewish Family Service* Plaintiffs' motion for preliminary injunction, and may file an over-length brief in order to do so. Specifically, the Government's response brief in

---

[1] Plaintiffs believe that *JFS* and *Doe* should maintain their separate characters in light of the overlapping but differing legal claims and classes (*e.g.*, the *JFS* Plaintiffs' complaint seeks nationwide relief for refugees whereas the *Doe* Plaintiffs' complaint focuses on Washington State and challenges additional policies). *See* 9A Charles Alan Wright, et al., *Federal Practice & Procedure Civ.* § 2382 (3d ed. 2017) (describing consolidation that "does not merge the suits into a single action"). As consolidated but not merged actions, parties in *JFS* and *Doe* would maintain separate pleadings, but Plaintiffs in each action would endeavor to avoid duplication wherever possible.

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-00178JLR)–2

*Jewish Family Service* may exceed the twenty-four pages allowable under the Local Rules by five pages.

**ORDER**

Upon consideration of the above stipulation and the record in this matter, the Court approves the stipulation and all dates, page limits, and deadlines specified therein. The December 11, 2017, hearing in *Doe* is VACATED, and a hearing to address issues raised in both *Jewish Family Service* and *Doe* is set for December 21, 2017 at 9:00 a.m. /JLR

**IT IS SO ORDERED**

DATED this 29th day of Nov., 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-00178JLR)–4

| | |
|---|---|
| **So stipulated and presented by:**<br><br>KELLER ROHRBACK L.L.P.<br><br>By: /s/ Lynn Lincoln Sarko<br>By: /s/ Tana Lin<br>By: /s/ Amy Williams-Derry<br>By: /s/ Derek W. Loeser<br>By: /s/ Alison S. Gaffney<br><br>   Lynn Lincoln Sarko, WSBA # 16569<br>   Tana Lin, WSBA # 35271<br>   Amy Williams-Derry, WSBA #28711<br>   Derek W. Loeser, WSBA # 24274<br>   Alison S. Gaffney, WSBA #45565<br>   1201 Third Avenue, Suite 3200<br>   Seattle, WA 98101<br>   Telephone: (206) 623-1900<br>   Facsimile: (206) 623-3384<br>   Email: lsarko@kellerrohrback.com<br>         tlin@kellerrohrback.com<br>         awilliam-derry@kellerrohrback.com<br>         dloeser@kellerrohrback.com<br>         agaffney@kellerrohrback.com<br><br>By: /s/ Laurie B. Ashton<br><br>   Laurie B. Ashton (*Pro Hac Vice*)<br>   3101 North Central Avenue, Suite 1400<br>   Phoenix, Arizona 85012-2600<br>   Telephone: (602) 248-0088<br>   Facsimile: (602) 248-2822<br>   Email: lashton@kellerrohrback.com | DATED: November 29, 2017<br><br>CHAD A. READLER<br>Principal Deputy Assistant Attorney General<br><br>JENNIFER D. RICKETTS<br>Director, Federal Programs Branch<br><br>JOHN R. TYLER<br>Assistant Director, Federal Programs Branch<br><br>/s/ Michelle R. Bennett<br>MICHELLE R. BENNETT<br>DANIEL SCHWEI<br>KEVIN SNELL<br>JOSEPH C. DUGAN<br>Senior Trial Counsel / Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 305-8902<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br><br>***Attorneys for Defendants*** |
| By: /s/ Alison Chase<br><br>   Alison Chase (*Pro Hac Vice*)<br>   801 Garden Street, Suite 301<br>   Santa Barbara, CA 93101<br>   Telephone: (805) 456-1496<br>   Facsimile: (805) 456-1497<br>   Email: achase@kellerrohrback.com<br><br>***Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*** | |

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND
SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-00178JLR)–5

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br><br>By: /s/ Emily Chiang<br>By: /s/ Lisa Nowlin<br>    Emily Chiang, WSBA # 50517<br>    Lisa Nowlin, WSBA # 51512<br>    901 Fifth Avenue, Suite 630<br>    Seattle, Washington 98164<br>    Telephone: (206) 624-2184<br>    Email: echiang@aclu-wa.org<br>           lbaker@aclu-wa.org<br><br>***Attorney for Plaintiffs*** | |

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-00178JLR)–6