UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al.,<br>    Plaintiffs,<br> v.<br>DONALD TRUMP, et al.,<br>    Defendants. | CASE NO. C17-0178JLR<br><br>MINUTE ORDER<br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br>    Plaintiffs,<br> v.<br>DONALD TRUMP, et al.,<br>    Defendants. | CASE NO. C17-1707JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Pursuant to the parties' stipulations, the above captioned cases are hereby consolidated. All future pleadings or other filings in either action shall bear the above

ORDER - 1

caption and shall be filed on the docket in Case No. C17-0178JLR.  All future pleadings or other filings in the consolidated case shall identify in the caption whether the pleading or filing pertains to one or both of the cases.

Dated this 29th day of November, 2017.

JAMES L. ROBART
United States District Judge