The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | No. 2:17-cv-00178-JLR |
| JEWISH FAMILY SERVICE OF SEATTLE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants | No. 2:17-cv-01707-JLR<br><br>**DOE PLAINTIFFS' NOTICE JOINING THE MOTION FOR PRELIMINARY INJUNCTION IN *JEWISH FAMILY SERVICE OF SEATTLE V. TRUMP*** |

DOE PLAINTIFFS'
NOTICE JOINING MOTION
FOR PI IN JFS V. DOE
(2:17-cv-00178-JLR)

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

*JFS* Plaintiffs and *Doe* Plaintiffs have each moved for a preliminary injunction in their respective cases, challenging different aspects of the Agency Memo ("Memo"). *See JFS* Mot. Prelim. Inj., *Jewish Family Service of Seattle v. Trump*, No. 17-cv-01707-JLR, Dkt. # 42 and *Doe's* Mot. Prelim. Inj., Dkt. # 45. Joseph Doe and Jeffrey Doe (collectively, "*Doe* Plaintiffs") file this notice joining in and adopting the arguments advanced in *JFS* Plaintiffs' motion. *Doe* Plaintiffs submit this notice to provide the Court with some additional context.

The Memo directs the agencies' actions in two areas: suspension of admission of principal refugees from countries designated for Security Advisory Opinion ("SAO") review, and suspension of follow-to-join derivative refugees ("FTJ refugees") regardless of nationality. *JFS* Plaintiffs address the SAO suspension, but Defendants are also using SAO-country nationality as an additional barrier to admission of FTJ refugees. Memo, Addendum at 4. This is apparently what has stalled Joseph Doe's applications for his family (his wife, nine-year-old stepson, five-year-old son, and four-year-old son): travel papers for his two younger children to join him in the U.S. are being withheld because they are technically nationals of an SAO country, Somalia. *See* Supplemental Decl. of Joseph Doe ¶ 10, Dkt. # 56.

Joseph Doe's situation exemplifies the cruelty and pointlessness of Defendants' indiscriminate suspension of admission of FTJ refugees from SAO countries. Joseph Doe, who was admitted to the U.S. as a refugee and is now a Lawful Permanent Resident, is a practicing Muslim and Somali who spent twenty-two years living in a refugee camp in Kenya after fleeing his country's violent civil war with his parents and siblings when he was just a boy. Joseph's wife and stepson are Kenyan nationals. His two younger sons, however, are considered Somalis. The boys were born in Kenya, which is not an SAO country, and have never been to Somalia. And, although Defendants have since declared that, in fact, vetting procedures for people residing in Kenya and Thailand are adequate,[1] travel documents for his younger sons are being

---

[1] *See* Higgins Decl. ¶ 11, Dkt. # 51-1.

DOE PLAINTIFFS'
NOTICE JOINING MOTION
FOR PI IN JFS V. DOE
(2:17-cv-00178-JLR)
Page - 1

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

withheld solely because they are deemed nationals of an SAO country.

Joseph Doe's family has been through extensive security screening and two rounds of medical examinations (as medical clearances expire after six months) in a country that, by Defendants' own assertion, has adequate screening procedures in place. They are at the end of the lengthy review process, which began in June 2015 when Joseph filed I-730 petitions—nearly two and a half years ago. They are simply waiting for travel booking now. In fact, Joseph was informed that his wife and stepson are cleared to travel, and their flights could be booked. His four- and five-year-old sons, however, are blocked due to their nationality. *Id.*

The SAO system has been in place for many years but has never required a wholesale suspension of admissions. Interagency procedures for alerting officials about foreign nationals who may be suspected terrorists, referred to as Visa Viper, began after the 1993 World Trade Center bombing and were institutionalized by enactment of the Enhanced Border Security and Visa Entry Reform Act of 2002.[2] Generally, SAOs are required for visa applicants more often than refugees—as refugees were already the most heavily vetted category of foreign nationals. The categories of SAOs have animal names, such as (1) Condor SAOs, based on national security concerns and suspected terrorist activity; (2) Mantis SAOs, based on use or exportation of sensitive technology with potential military application; (3) Donkey and National Crime Information Center (NCIC) SAOs, based on name matches occurring in various databases; and (4) Bear SAOs, for foreign government and diplomatic officials.[3] Although SAOs delay visa approval, they have never necessitated complete suspension of admission. Furthermore, national security officials in prior administrations did not deem it necessary to require SAOs for young

---

[2] Ruth Ellen Wasem, *Visa Security Policy: Roles of the Departments of State and Homeland Security* at 8, CRS Report for Congress (June 30, 2011), http://bit.ly/2AkHbzn (last visited Nov. 29, 2017).

[3] *LawFlash: Some FAQs on the Current Visa Application Delay Problem*, Morgan Lewis (Jan. 13, 2010), http://bit.ly/2AlXWKG (last visited Nov. 29, 20174).

DOE PLAINTIFFS'
NOTICE JOINING MOTION
FOR PI IN JFS V. DOE
(2:17-cv-00178-JLR)
Page - 2

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

children, requiring SAOs only for adult males.[4]

That Joseph Doe's reunion with his family is being indefinitely postponed because Defendants ostensibly require SAOs for his four- and five-year-old sons is so arbitrary and capricious as to be absurd.[5] These children have been in the process of being screened by the U.S. government for half of their young lives. The factors that trigger SAO review—such as suspected ties to terrorism or organized crime, involvement with certain types of technology, or positions in foreign governments—cannot reasonably be expected to be present in the case of young children. The suspension of admission for Joseph Doe's sons is even more arbitrary because it is due to their Somali nationality, but they have never been to Somalia. It is unclear what a SAO would even consist of in their case. In preventing Joseph Doe's long-awaited reunion with his young sons, who have passed all required clearance screenings, the Memo is arbitrary, capricious, and, frankly, cruel.

In addition, Plaintiff Jeffrey Doe joins the *JFS* Plaintiffs' motion, as his family members are subject to the SAO portion of the Memo. Like Joseph Doe, Jeffrey Doe is a refugee, a Somali national, and a practicing Muslim. He fled Somalia with his parents and siblings when he was a boy, after men in military uniform raided his family's home, raped his aunt, and then shot his aunt and baby sister. Jeffrey Doe's parents and siblings are classified as Priority 1 refugees who are survivors of torture, and they have passed their security and medical clearances and received assurances through a refugee resettlement organization in the U.S. However, they remain in Kenya awaiting travel papers, and are now subject to the arbitrary SAO suspension that serves as Defendants' desired Muslim refugee ban. Third Amended Complaint § III.A.6, Dkt. # 42.

For the reasons stated herein and in *JFS* Plaintiffs' motion, this Court should grant a preliminary injunction against the SAO provisions of the Memo.

---

[4] Mica Rosenberg & Yeganeh Torbati, *Trump Administration to Add New Screening for Refugees: Document*, Reuters (Oct. 24, 2017), http://read.bi/2kbPqtn (last visited Nov. 29, 2017).

[5] *JFS* Plaintiff Afkab Mohamed Hussein's son, who is not yet two years old, is also subject to SAO suspension.

DOE PLAINTIFFS'
NOTICE JOINING MOTION
FOR PI IN JFS V. DOE
(2:17-cv-00178-JLR)
Page - 3

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

DATED this 29th day of November 2017.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
    /s/ Lisa Nowlin
    Emily Chiang, WSBA # 50517
    Lisa Nowlin, WSBA # 51512
    901 Fifth Avenue, Suite 630
    Seattle, WA 98164
    Telephone: (206) 624-2184
    Email: echiang@aclu-wa.org
           lnowlin@aclu-wa.org

*Attorneys for Doe Plaintiffs*

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
    Lynn Lincoln Sarko, WSBA # 16569
    Tana Lin, WSBA # 35271
    Amy Williams-Derry, WSBA # 28711
    Derek W. Loeser, WSBA # 24274
    Alison S. Gaffney, WSBA # 45565
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          awilliams-derry@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
    Laurie B. Ashton (admitted *pro hac vice*)
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012-2600
    Telephone: (602) 248-0088
    Facsimile: (602) 248-2822
    Email: lashton@kellerrohrback.com

By: /s/ Alison Chase
    Alison Chase (admitted *pro hac vice*)
    1129 State Street, Suite 8
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Facsimile: (805) 456-1497
    Email: achase@kellerrohrback.com

*Attorneys for Doe Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

DOE PLAINTIFFS'
NOTICE JOINING MOTION
FOR PI IN JFS V. DOE
(2:17-cv-00178-JLR)
Page - 4

**AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Court's Electronic Mail Notice List.

DATED this 29th day of November 2017.

        KELLER ROHRBACK L.L.P.

        By: /s/ Tana Lin

        Tana Lin, WSBA # 35271
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101
        Telephone: (206) 623-1900
        Facsimile: (206) 623-3384
        Email: tlin@kellerrohrback.com

*Attorney for Doe Plaintiffs/Cooperating Attorney for the American Civil Liberties Union Of Washington Foundation*

DOE PLAINTIFFS' NOTICE JOINING MOTION FOR PI IN JFS V. DOE (2:17-cv-00178-JLR)
Page - 5

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (`206) 623-3384