The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al., <br>     Plaintiffs, <br> v. <br> DONALD TRUMP, et al., <br>     Defendants. | CASE NO. C17-0178-JLR <br><br> [PROPOSED] ORDER <br><br> (RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al., <br>     Plaintiffs, <br> v. <br> DONALD TRUMP, et al., <br>     Defendants. | CASE NO. C17-1707-JLR |

The following order is made by the direction of the court, the Honorable James L. Robart:

The Consent Motion for Leave to File *Amici Curiae* Brief (Dec. 4, 2017) (Dkt. #64), submitted by *amici curiae* National Association for the Advancement of Colored People, Advocates for Youth, Chicago Lawyers' Committee for Civil Rights Under Law, Judge David L. Bazelon Center for Mental Health Law, Mississippi Center for Justice, National Center for Lesbian

[PROPOSED] ORDER - 1
(Case No. C17-0178-JLR)

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Rights, People for the American Way Foundation, Southern Coalition for Social Justice, and Washington Lawyers' Committee for Civil Rights and Urban Affairs, is granted.

Dated this 4th day of December, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Michael C. Subit

Michael C. Subit, Esquire (State Bar # 29189)
Frank Freed Subit & Thomas LLP
705 2nd Avenue, Suite 1200
Seattle WA 98104-1798
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com


/s/ Lynne Bernabei

Lynne Bernabei (D.C. Bar # 938936)
Alan R. Kabat (D.C. Bar # 462458)
Bernabei & Kabat, PLLC
1400 – 16th Street N.W., Suite 500
Washington, D.C. 20036-2223
Phone: (202) 745-1942
Fax:  (202) 745-2627
email:  Bernabei@bernabeipllc.com
Kabat@bernabeipllc.com

*Counsel for Amici Curiae*

~~PROPOSED~~ ORDER - 2
(Case No. C17-0178-JLR)

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711


## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

I hereby declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 4th day of December, 2017.

/s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189

PROPOSED ORDER - 3
(Case No. C17-0178-JLR)

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711