UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> ORDER DIRECTING SUPPLEMENTAL BRIEFING <br><br> (RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO C17-1707JLR |

Presently pending before the court are Plaintiffs' motion for a preliminary injunction in *John Does, et al. v. Trump, et al.*, No. C17-0178 (Dkt. # 45) and Plaintiffs'

//

ORDER - 1

motion for a preliminary injunction in *Jewish Family Services v. Trump, et al.*, No. C17-1707JLR (Dkt. # 42).

On December 4, 2017, the Supreme Court issued two orders staying two district court orders granting preliminary injunctions with respect to certain aspects of Presidential Proclamation No. 9,645, 83 Fed. Reg. 45,161 (Sept. 27, 2007) ("EO-3") pending the Government's appeals in the Ninth and Fourth Circuit Courts of Appeal and the Government's petition for a writ of certiorari. *See Trump v. Int'l Refugee Assistance Project*, No. 17A560, 2017 WL 5987435, at *1 (U.S. Dec. 4, 2017); *Trump v. Hawaii*, No. 17A550, 2017 WL 5987406, at *1 (U.S. Dec. 4, 2017). The court recognizes that, although EO-3 addresses certain aspects of immigration, it does not address refugees. Nevertheless, the court orders the parties to provide supplemental briefing concerning what impact, if any, the Supreme Court's December 4, 2017, orders have concerning the two pending motions for preliminary injunction. Plaintiffs in *Doe, et al. v. Trump*, No. C17-0178JLR, and Plaintiffs in *Jewish Family Services, et al. v. Trump*, No. C17-1707JLR, shall each file briefs no longer than three-pages and no later than Thursday, December 7, 2017. Defendants shall file a combined response to Plaintiffs' briefs no longer than five-pages and no later than Monday, December 11, 2017.

IT IS SO ORDERED.

Dated this 5th day of December, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2