UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br>DONALD TRUMP, et al.,<br>　　　　　　Defendants. | CASE NO. C17-0178JLR<br><br>ORDER DIRECTING BRIEFING<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br>DONALD TRUMP, et al.,<br>　　　　　　Defendants. | CASE NO. C17-1707JLR |

Before the court is Defendants' motion for reconsideration.  (MFR (Dkt. # 93).)  Pursuant to Local Civil Rule 7(h)(3), the court ORDERS Plaintiffs in the consolidated cases to file a joint response to Defendants' motion.  *See* Local Rules W.D. Wash. LCR

//

ORDER - 1

1 | 7(h)(3). Plaintiffs shall file their response no later than Thursday, January 4, 2018, at
2 | 12:00 p.m. Plaintiffs shall limit their response to no more than seven (7) pages.
3 |     Dated this 29th day of December, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2