THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | CASE NO. C17-0178JLR<br><br>**PLAINTIFFS' JOINT NOTICE IN RESPONSE TO DEFENDANTS' EMERGENCY MOTION FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | CASE NO. C17-1707JLR |

PLAINTIFFS' JOINT NOTICE
Nos. 17-cv-01707-JLR, 17-cv-00178-JLR

138038788.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Defendants' "Emergency Motion for a Stay of Preliminary Injunction Pending Appeal," which was filed at 4:33 p.m. on Friday afternoon of a holiday weekend, is both procedurally improper and transparent gamesmanship that should not be countenanced by this Court.  First, Defendants' characterization of the motion as an "emergency motion" is questionable, as they waited almost a full week since this Court's December 23, 2017 Order Issuing a Preliminary Injunction to file it.[1]  Second, Defendants' motion is neither a motion for a stay pending appeal (there is no pending appeal), nor is it analogous to a motion for a temporary restraining order, as Defendants claim.  *See* Dkt. 95 at n.1.  A motion for a temporary restraining order is governed by Fed. R. Civ. P. 65, which provides that the *parties and their agents* can be bound by such an order.  *See* Fed. R. Civ. P. 65(d)(2).  Defendants' motion, though, seeks to enjoin *the Court* from enforcing its December 23, 2017 Order.  *See* Dkt. 95 at 1 ("Defendants hereby move the Court to stay its preliminary injunction barring enforcement of two provisions of the October 23, 2017, Memorandum to the President.").  Defendants' motion is best characterized as a second Motion for Reconsideration, although Defendants fail to point to any changed circumstances or any other factors that would justify a second motion for reconsideration.[2]  Accordingly, unless the Court directs otherwise, Plaintiffs propose to respond to Defendants' motion on January 5, 2018.  Plaintiffs respectfully request that *Doe* Plaintiffs and the *JFS* Plaintiffs be permitted to submit separate briefing in response to the motion.

---

[1] The claim that Defendants' motion is an "emergency" is further belied by the fact that Defendants admit that they are permitting Joseph Doe's family members to move forward with travel to the United States despite being subject to both the SAO and FTJ ban.  *See* Dkt. 95 at 9.

[2] While Defendants' first Motion for Reconsideration questioned only the scope of the injunction issued by the Court, this second motion questions the basis for that injunctive relief.

PLAINTIFFS' JOINT NOTICE
Nos. 17-cv-01707-JLR, 17-cv-00178-JLR –1

138038788.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | Respectfully submitted, | DATED: December 30, 2017 |
| 3 | */s/ Lauren Watts Staniar* | |
|   | David Burman, WSBA No. 10611 | Justin B. Cox, *Pro Hac Vice* |
| 4 | Lauren Watts Staniar, WSBA No. 48741 | National Immigration Law Center |
|   | Tyler Roberts, WSBA No. 52688 | PO Box 170208 |
| 5 | Perkins Coie LLP | Atlanta, GA  30317 |
|   | 1201 Third Avenue, Suite 4900 | Tel: (678) 279-5441 |
| 6 | Seattle, WA  98101-3099 | Fax: (213) 639-3911 |
| 7 | Telephone:  (206) 359.8000 | cox@nilc.org |
|   | Facsimile:  (206) 359.9000 | |
| 8 | dburman@perkinscoie.com | Karen C. Tumlin, *Pro Hac Vice* |
|   | lstaniar@perkinscoie.com | Melissa S. Keaney, *Pro Hac Vice* |
| 9 | troberts@perkinscoie.com | Esther H. Sung, *Pro Hac Vice* |
| 10 | | National Immigration Law Center |
|    | Mariko Hirose, *Pro Hac Vice* | 3450 Wilshire Blvd, #108-62 |
| 11 | Deepa Alagesan, *Pro Hac Vice* | Los Angeles, CA 90010 |
|    | Linda Evarts, *Pro Hac Vice* | Tel: (213) 639-3900 |
| 12 | Kathryn C. Meyer, *Pro Hac Vice* | Fax: (213) 639-3911 |
|    | International Refugee Assistance Project | tumlin@nilc.org |
| 13 | 40 Rector Street, 9th Floor | keaney@nilc.org |
| 14 | New York, NY 10006 | sung@nilc.org |
|    | Tel: (646) 459-3044 | |
| 15 | mhirose@refugeerights.org | Lauren E. Aguiar, *Pro Hac Vice* |
|    | dalagesan@refugeerights.org | Mollie M. Kornreich, *Pro Hac Vice* |
| 16 | levarts@refugeerights.org | Abigail E. Davis, *Pro Hac Vice* |
|    | kmeyer@refugeerights.org | Four Times Square |
| 17 | | New York, NY  10036 |
| 18 | Elizabeth Sweet, *Pro Hac Vice* | Tel: (212) 735-3000 |
|    | Mark Hetfield, *Pro Hac Vice* | Fax: (212) 735-2000 |
| 19 | HIAS, Inc. | lauren.aguiar@probonolaw.com |
|    | 1300 Spring Street, Suite 500 | mollie.kornreich@probonolaw.com |
| 20 | Silver Spring, MD 20910 | abigail.sheehan@probonolaw.com |
|    | Tel: 301-844-7300 | |
| 21 | liz.sweet@hias.org | |
| 22 | mark.hetfield@hias.org | |
| 23 | | ***Counsel for Plaintiffs Jewish Family Service, et al.*** |
| 24 | | |
| 25 | | |
| 26 | | |

PLAINTIFFS' JOINT NOTICE
Nos. 17-cv-01707-JLR, 17-cv-00178-JLR–2

138038788.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | KELLER ROHRBACK L.L.P. |
| 2 | | |
| 3 | Emily Chiang, WSBA # 50517 | Lynn Lincoln Sarko, WSBA # 16569 |
| | Lisa Nowlin, WSBA # 51512 | Tana Lin, WSBA # 35271 |
| 4 | 901 Fifth Avenue, Suite 630 | Amy Williams-Derry, WSBA # 28711 |
| | Seattle, WA 98164 | Derek W. Loeser, WSBA # 24274 |
| 5 | Telephone: (206) 624-2184 | Alison S. Gaffney, WSBA # 45565 |
| | Email: echiang@aclu-wa.org | 1201 Third Avenue, Suite 3200 |
| 6 | Email: lnowlin@aclu-wa.org | Seattle, WA 98101 |
| | | Telephone: (206) 623-1900 |
| 7 | ***Attorneys for Plaintiff Joseph Doe*** | Facsimile: (206) 623-3384 |
| | | Email: lsarko@kellerrohrback.com |
| 8 | | Email: tlin@kellerrohrback.com |
| | | Email: awilliams-derry@kellerrohrback.com |
| 9 | | Email: dloeser@kellerrohrback.com |
| 10 | | Email: agaffney@kellerrohrback.com |
| 11 | | Laurie B. Ashton (admitted *pro hac vice*) |
| 12 | | 3101 North Central Avenue, Suite 1400 |
| | | Phoenix, AZ 85012-2600 |
| 13 | | Telephone: (602) 248-0088 |
| | | Facsimile: (602) 248-2822 |
| 14 | | Email: lashton@kellerrohrback.com |
| 15 | | Alison Chase (admitted pro hac vice) |
| | | 1129 State Street, Suite 8 |
| 16 | | Santa Barbara, CA 93101 |
| | | Telephone: (805) 456-1496 |
| 17 | | Facsimile: (805) 456-1497 |
| 18 | | Email: achase@kellerrohrback.com |
| 19 | | ***Attorneys for Plaintiff Joseph Doe /*** |
| | | ***Cooperating Attorneys for the American Civil*** |
| 20 | | ***Liberties Union of Washington Foundation*** |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

PLAINTIFFS' JOINT NOTICE
Nos. 17-cv-01707-JLR, 17-cv-00178-JLR – 1

138038788.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

I hereby declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of December, 2017.

　　　　　　　　　　　　　　　　　　　*/s/ Lauren Watts Staniar*
　　　　　　　　　　　　　　　　　　Lauren Watts Staniar, WSBA No. 48741

PLAINTIFFS' JOINT NOTICE
Nos. 17-cv-01707-JLR, 17-cv-00178-JLR–2

138038788.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000