UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br>　　　　　　　Plaintiffs,<br>　v.<br>DONALD TRUMP, et al.,<br>　　　　　　　Defendants. | CASE NO. C17-0178JLR<br><br>ORDER DIRECTING BRIEFING ON DEFENDANTS' MOTION FOR A STAY<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br>　　　　　　　Plaintiffs,<br>　v.<br>DONALD TRUMP, et al.,<br>　　　　　　　Defendants. | CASE NO. C17-1707JLR |

Before the court are Defendants' emergency motion for a stay pending appeal (MFS (Dkt. # 95)) and Plaintiffs' notice in response (Notice (Dkt. # 96)). Plaintiffs shall file their responsive memoranda to Defendants' motion no later than Thursday, January

//

ORDER - 1

4, 2018, at 12:00 p.m.  Doe Plaintiffs and JFS Plaintiffs may file separate responses.

Defendants shall not file a reply.

Dated this 30th day of December, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2