The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | **Civil Action No. 2:17-cv-00178JLR** |
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | **Civil Action No. 2:17-cv-01707JLR**<br><br>**DEFENDANTS' NOTICE REGARDING EMERGENCY MOTION FOR STAY**<br><br>**(RELATING TO BOTH CASES)** |

DEFS.' NOTICE REGARDING EMERGENCY MOT. FOR STAY
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

On December 27, 2017, Defendants filed a Motion for Reconsideration Concerning the Scope of the Preliminary Injunction. (ECF No. 93.) Thereafter, on December 29, 2017, Defendants filed an Emergency Motion for Stay of Preliminary Injunction Pending Appeal. (ECF No. 95.) Plaintiffs filed a joint response to the motion for reconsideration (ECF No. 98) and individual responses to the stay motion (ECF Nos. 101, 102). On January 5, 2018, the Court entered an Order denying the motion for reconsideration. (ECF No. 103.) Defendants' stay motion remains pending at this time.

Defendants now respectfully submit this Notice to request that the Court specifically consider whether to stay that portion of its preliminary injunction Order that enjoins Defendants from enforcing the challenged provisions of the Joint Memorandum against refugee applicants whose sole connection to the United States is through resettlement assurance.[1] While Defendants maintain, for the reasons set forth in the pending motion, that a stay in full of the preliminary injunction would be proper, a stay of the resettlement assurance portion of the injunction is particularly warranted given the Supreme Court's stay orders of materially similar rulings by both the U.S. District Court for the District of Hawaii and the U.S. Court of Appeals for the Ninth Circuit. *Compare Trump v. Hawaii*, 138 S. Ct. 34, 34 (July 19, 2017) (mem.) ("The District Court order modifying the preliminary injunction with respect to refugees covered by a formal assurance is stayed pending resolution of the Government's appeal to the Court of Appeals for the Ninth Circuit."), *with Trump v. Hawaii*, 138 S. Ct. 49, 49-50 (Sept. 12, 2017) (mem.) ("[T]he issuance of the mandate of the United States Court of Appeals for the Ninth Circuit . . . is stayed with respect to refugees covered by a formal assurance, pending further order of this Court.").

In light of the Court's ruling on Defendants' motion for reconsideration, a stay of the preliminary injunction with respect to the resettlement assurance issue, pending further appellate review of the injunction as a whole, would be eminently reasonable and appropriate.

---

[1] Defendants understand the Court's prior instruction that they are not permitted to file a reply in support of their pending stay motion. Accordingly, Defendants do not address herein the arguments raised in Plaintiffs' individual response briefs.

DEFS.' NOTICE REGARDING EMERGENCY MOT. FOR STAY - 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

```
```

DATED: January 5, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
MICHELLE R. BENNETT
DANIEL SCHWEI
KEVIN SNELL
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joseph.dugan@usdoj.gov

*Attorneys for Defendants*

DEFS.' NOTICE REGARDING EMERGENCY MOT. FOR STAY - 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**

## CERTIFICATE OF SERVICE

I certify that on January 5, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 5th day of January, 2018.

                                            */s/ Joseph C. Dugan*
                                            JOSEPH C. DUGAN

DEFS.' NOTICE REGARDING EMERGENCY MOT. FOR STAY - 3
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**