**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEWISH FAMILY SERVICE OF SEATTLE; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>DONALD TRUMP, President of the United States; et al.,<br><br>        Defendants-Appellees. | Nos.  18-35015, 18-35026<br><br>D.C. Nos.   2:17-cv-00178-JLR<br>                   2:17-cv-01707-JLR<br>Western District of Washington, Seattle<br><br>ORDER |

The appeals filed January 4, 2018 and January 11, 2018 are preliminary injunction appeals. Accordingly, Ninth Circuit Rule 3-3 shall apply. The briefing schedule previously established in appeal No. 18-35015 is vacated.

The mediation questionnaire for appeal No. 18-35015 has been filed. The mediation questionnaire for appeal No. 18-35026 remains due January 18, 2018.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the first brief on cross-appeal and excerpts of record are due not later than February 1, 2018; the second brief on cross-appeal is due March 1, 2018 or 28 days after service of the first

SSL/MOATT

2

brief, whichever is earlier; the third brief on cross-appeal is due brief is due March 29, 2018, or 28 days after service of the second brief on cross-appeal, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).

The parties are reminded that streamlined requests for extensions of time are not available in preliminary injunction appeals.  *See* http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000638.  Any request for an extension of time must be requested under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT