The Honorable James L. Robart

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9

10  JOHN DOE, et al.,                          **Civil Action No. 2:17-cv-00178JLR**

11                    Plaintiffs,

12      v.

13  DONALD TRUMP, et al.,

14                    Defendants.

15  JEWISH FAMILY SERVICE OF                   **Civil Action No. 2:17-cv-01707JLR**
    SEATTLE, et al.,
16

17                    Plaintiffs,

18      v.                                     [PROPOSED] **ORDER GRANTING**
                                               **DEFENDANTS' MOTION FOR**
19  DONALD TRUMP, et al.,                      **EXTENSION OF TIME TO RESPOND**
                                               **TO PLAINTIFFS' COMPLAINT**
20                    Defendants.

21

22

23

24

25

26



[PROPOSED] ORDER GRANTING DEFS.' MOT. FOR EXTENSION OF TIME
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

Upon review of Defendants' Motion for Extension of Time to Respond to Plaintiffs'

Complaint, and for good cause shown, it is ORDERED:

1.  Defendants' motion is GRANTED; and

2.  Defendants SHALL ANSWER or OTHERWISE RESPOND to the *Jewish Family Service* Plaintiffs' Complaint (ECF No. 1 in Civil Action No. 2:17-cv-1707JLR) within fourteen (14) days following the Court's disposition of Defendants' Motion to Stay District Court Proceedings Pending Disposition of Cross-Appeals (ECF No. 110 in this action).

Dated this 16th day of _____JAN._____ .

Hon. James L. Robart
United States District Judge

**Presented by:**

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
MICHELLE R. BENNETT
DANIEL SCHWEI
KEVIN SNELL
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joseph.dugan@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING DEFS.' MOT. FOR EXTENSION OF TIME - 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259