# Exhibit A

The Honorable James L. Robart

1

2

3          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
4                    AT SEATTLE

5

6   JOHN DOE, et al.,                          **Civil Action No. 2:17-cv-00178JLR**

7                    Plaintiffs,

8        v.

9   DONALD TRUMP, et al.,

10                   Defendants.

11  JEWISH FAMILY SERVICE OF               **Civil Action No. 2:17-cv-01707JLR**
    SEATTLE, et al.,
12
                                          **DECLARATION OF KELLY A.**
13                   Plaintiffs,           **GAUGER IN SUPPORT OF**
                                          **DEFENDANTS' NOTICE OF**
14       v.                                **COMPLIANCE WITH**
                                          **PRELIMINARY INJUNCTION**
15  DONALD TRUMP, et al.,
                                          **(RELATING TO BOTH CASES)**
16                   Defendants.

17

18

19

20

21          I, Kelly A. Gauger, for my Declaration pursuant to 28 U.S.C. § 1746, hereby state and

22  depose as follows:

23      1.  I am the Acting Director of the Admissions Office of the Bureau of Population,

24          Refugees, and Migration (PRM/A) of the United States Department of State.  I have

25          served as Acting Director of the Admissions Office since 2017, and I have served as

26          Deputy Director of the Admissions Office since 2011.  In my current position, I oversee

DECLARATION OF KELLY A. GAUGER- 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

1      the Department of State's functions in the U.S. Refugee Admissions Program, conducted

2      under the authority of the Refugee Act of 1980. I submit this Declaration in support of

3      Defendants' Notice of Compliance with Preliminary Injunction. The statements made

4      herein are based on my personal knowledge and information made available to me in the

5      course of carrying out my duties and responsibilities as Acting Director of the PRM

6      Office of Admissions.

7    2.   Shortly after noon on December 24, 2017, the Office of Admissions issued guidance to

8      its implementing partners at the Resettlement Support Centers (RSCs) overseas

9      regarding the District Court's issuance of a nationwide injunction so that the

10      implementing partners could implement the injunction immediately upon opening of

11      business after the federal holiday on December 25, 2017. The guidance instructed the

12      RSCs to resume processing all follow-to-join refugees (V93s) and nationals of (and

13      stateless persons who last habitually resided in) the 11 countries on the SAO list who

14      have a bona fide relationship to a person or entity within the United States. Additional

15      detailed guidance on the bona fide relationship requirement for processing of SAO

16      nationalities was provided to the RSCs on December 28, 2017.

17    3.   The pause in admission of follow-to-join refugees (V93s) was also implemented at the

18      Department of State by the Bureau of Consular Affairs. I am aware that the Bureau of

19      Consular Affairs advised consular posts on December 23, 2017 of the injunction and

20      instructed them (1) to adjudicate, as normal, all cases held at posts due to the suspension

21      on follow-to-join refugees (V93s) and (2) that the National Visa Center will resume

22      transferring new V93 cases to posts per normal procedures. I am also aware that an

23      additional State Department cable with guidance on follow-to-join refugees was sent to

24      all diplomatic and consular posts on January 4, 2018.

25    4.   PRM's Admissions Office works closely with the Refuge, Asylum, and International

26      Operations Directorate (RAIO) of U.S. Citizenship and Immigration Services (USCIS)

DECLARATION OF KELLY A. GAUGER- 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

1   at the Department of Homeland Security to schedule circuit rides of USCIS RAIO

2   Officers to interview refugee applicants.  The Admissions Office begins the process by

3   submitting regular requests for circuit rides to RAIO, generally prior to each quarter of

4   the fiscal year, based on the number of refugee applicants whose cases are at the

5   interview stage at the various RSCs.  In order to be ready for interview by USCIS

6   Officers, a refugee applicant must have already gone through specific processing steps,

7   including a prescreening interview by the RSCs of the refugee applicant and any

8   accompanying family members and initiation of biographic security checks.  Once a

9   final schedule has been set for the circuit rides, the RSCs will schedule refugee

10  applicants for interviews with the RAIO Officers based on which cases are ready for

11  interview at those locations.  Refugees are typically notified of their upcoming

12  interviews once they have been scheduled.

13  5.  On December 26, 2017, the Admissions Office asked the RSCs whether there were any

14  SAO nationals that were ready for interview and who could be added to the second-

15  quarter circuit ride schedule, in order to promptly comply with the Court's injunction.

16  As a result of this request, additional interviews for SAO nationals have been added to

17  the circuit rides to Indonesia and to Nauru and Manus.

18  6.  In furtherance of its compliance with the Court's injunction, the State Department

19  currently plans to add locations to its request for its third quarter circuit rides where

20  large populations of SAO nationals are ready for interviews, namely, Iraq, Jordan,

21  Turkey, and, potentially, Kenya.  Scheduling circuit rides to these locations in the

22  relatively near future is far preferable from a programmatic perspective over cancelling

23  already-scheduled circuit rides to try to add new circuit rides to SAO locations.

24  Cancelling scheduled circuit rides would waste resources, slow down the refugee

25  pipeline overall (adversely affecting all refugee applicants), and cause undue hardship

26

DECLARATION OF KELLY A. GAUGER- 3
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

1    for those whose interviews were already scheduled to take place, especially those who

2    have been notified of their upcoming interview.

3    7. I declare under penalty of perjury that the foregoing is true and correct. Executed on

4    _January 18_____, 2018.

5

6

7                                        Kelly A. Gauger

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KELLY A. GAUGER- 4
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259