The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00178 (JLR)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FROM THE U.S. DEPARTMENT OF JUSTICE** |

Pursuant to LCR 83.2(b)(3), notice is hereby given that U.S. Department of Justice attorney Arjun Garg hereby withdraws as attorney of record for Defendants in this action. Attorneys August E. Flentje, Michelle R. Bennett, and Joseph C. Dugan of the U.S. Department of Justice continue to represent all Defendants in this action.

DATED: April 6, 2018

Respectfully submitted,

*/s/ Arjun Garg*
ARJUN GARG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8613
Fax: (202) 616-8470

NOTICE OF WITHDRAWAL OF COUNSEL
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8613**

Email: arjun.garg@usdoj.gov

*Withdrawing Attorney*

*/s/ August E. Flentje*
AUGUST E. FLENTJE
Special Counsel
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-3309
Email: august.flentje@usdoj.gov

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*/s/ Joseph C. Dugan*
JOSEPH C. DUGAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joseph.dugan@usdoj.gov

*Attorneys for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8613**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing Notice of Withdrawal of Counsel using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Arjun Garg*
ARJUN GARG

NOTICE OF WITHDRAWAL OF COUNSEL
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8613**