# Exhibit A

كتب: <Jennifer.Ward@mail.house.gov> Ward, Jennifer في الأربعاء، ٤ ابريل، ٢٠١٨ ٢٢:١٠ م

My coworker, Samuel Acosta, is out of the office and I received the reply from the U.S. Department of State Officials below in response to the Congressman's inquiry on your behalf.  I believe you will find it self-explanatory.

Feel free to contact me or Samuel in 6 months if you do not receive any further information concerning your case and the Congressman will be happy to make another inquiry on your behalf.

Thank you.

-Jennifer

**From:** DoS-Congressional
**Sent:** Wednesday, April 4, 2018 3:00 PM
**To:** Ward, Jennifer <Jennifer.Ward@mail.house.gov>
**Subject:** FW: Congressional Inquiry -- ▮▮▮▮▮▮▮▮▮▮▮▮
**Importance:** High

April 4, 2018

Dear Jennifer:

Thank you for your April 2 e-mail asking about the status of the refugee case of Mr. ▮▮▮▮▮▮▮▮▮▮ born ▮▮▮ 1964.  His case number in Egypt is ▮▮▮▮▮.  Mr. ▮▮▮▮ is seeking information about when he will be able to travel to the United States.

The following information is provided in response to your inquiry, however, pursuant to Section 222(f) of the Immigration and Nationality Act (8 U.S.C. 1202(f)), the information shall be considered confidential and shall be used only for the formulation, amendment, administration or enforcement of immigration, nationality, and other laws of the United States.

According to our records, this cas was opened in Oct. 2014 and finally approved by DHS/USCIS in September 2017.  The USRAP was unable to complete the final processing of the case prior to the Oct. 24, 2017 Executive Order directing the temporary suspension of the movement of the nationals from eleven countries, including Iraq, until a further review of the procedures for processing these cases was completed.  This suspension ended on Jan. 22, 2018.  The USRAP collected additional biodata information from Mr. ▮▮▮▮ in January and in the processing of completing further security checks as a result of the findings of the review. Once the results of the security checks are received, DHS/USCIS will conduct a final review and then we will schedule him for a new medical exam and requested an amended sponsorship assurance from the resettlement agency assigned to

his case.  At this time, however, we cannot provide a timeframe as to when the processing of this case will be completed.  When there is any change in the status of the case we will inform Mr. ███████.

I hope that this information is helpful.  If you have further questions, please do not hesitate to contact me again.

Sincerely,

Congressional Liaison
Bureau of Population, Refugees
and Migration
Department of State


**Official - Privacy/PII**
**UNCLASSIFIED**