THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | CASE NO. C17-0178JLR<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE of SEATTLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | CASE NO. C17-1707JLR |

[PROPOSED] ORDER
(Dkt. # 130)

Upon consideration of the above Stipulated Motion and the record in this matter, the Court denies as moot Defendants' Motion to Stay District Court Proceedings Pending Disposition of Cross-Appeals, ECF No. 110 (relating to *Jewish Family Service of Seattle v. Trump*, No. 17-1707) and, pursuant to the Parties' stipulation, stays all further proceedings and motion practice in the *Jewish Family Service of Seattle* ("*JFS*") and *Doe* cases except the

STIPULATED MOTION AND PROPOSED ORDER
REGARDING FURTHER PROCEEDINGS
(Nos. 17-cv-1707-JLR, 17-cv-00178-JLR) – 6

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

following: (1) Plaintiffs' reinstated discovery motion and any discovery permitted by the Court pursuant to its order resolving that motion; (2) Defendants' forthcoming Rule 12(b)(1) motion; and (3) any other proceedings and motions relating to this Court's preliminary injunction Order. Defendants need not answer the operative *JFS* Complaint before the Court resolves Defendants' forthcoming Rule 12(b)(1) motion, and the *JFS* Plaintiffs need not move for class certification until the Court resolves the Rule 12(b)(1) motion and discovery motion and any related discovery is complete. Should the Court deny the Rule 12(b)(1) motion, the *JFS* Plaintiffs and Defendants will confer on the proposed timing of Defendants' further responsive pleading and will submit a proposal to the Court. If the Court allows any discovery, the Parties will confer on the timing of *JFS* Plaintiffs' motion for class certification and will submit a proposal to the Court once that discovery is complete and the Court has decided the Rule 12(b)(1) motion. Should any Party determine that additional motion practice may be necessary, the Parties shall meet and confer prior to the filing of any such motion.

Defendants' contemplated Rule 12(b)(1) motion shall be briefed on the following schedule: Defendants shall file their Rule 12(b)(1) motion on or before May 25, 2018; the *Doe* and *JFS* Plaintiffs shall file their opposition briefs on or before June 19, 2018; and Defendants shall file their consolidated reply brief on or before June 29, 2018. Defendants' reply brief shall not exceed twenty-four (24) pages in length.

**IT IS SO ORDERED**

DATED this 4th day of May, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND PROPOSED ORDER REGARDING FURTHER PROCEEDINGS (Nos. 17-cv-1707-JLR, 17-cv-00178-JLR) – 7

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000