1

2

The Honorable James L. Robart

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    JOHN DOE, et al.,                                CASE NO. C17-0178JLR

11                            Plaintiffs,

12        v.

13    DONALD TRUMP, et al.,

14                            Defendants.

15    JEWISH FAMILY SERVICES, et al.,                   CASE NO. C17-1707JLR

16                            Plaintiffs,

17        v.

18    DONALD TRUMP, et al.,

19                            Defendants.

20

21

22    [PROPOSED] ORDER GRANTING *DOE* PLAINTIFFS' UNOPPOSED MOTION TO
      JOIN *JFS* PLAINTIFFS' MOTION TO REINSTATE THEIR CROSS-MOTION FOR
23    LIMITED EXPEDITED DISCOVERY ON COMPLIANCE WITH PRELIMINARY
      INJUNCTION MOTION
24

25

26



PROPOSED] ORDER
GRANTING DOE PLAINTIFFS'
MOTION TO JOIN JFS
MOTION FOR DISCOVERY

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    Joseph Doe and Jeffrey Doe have moved for permission to join both *JFS* Plaintiffs'

2    Motion to Reinstate Their Cross-Motion for Limited Expedited Discovery on Compliance With

3    Preliminary Injunction Motion, Dkt. No. 131, and the underlying motion, Dkt. No. 121. Upon

4    consideration of *Doe* Plaintiffs' Unopposed Motion to join the *JFS* motions, the Court GRANTS

5    *Doe* Plaintiffs' Motion to join both the *JFS* Plaintiffs' Motion to Reinstate Their Cross-Motion

6    and the Cross-Motion itself.

7

8    IT IS SO ORDERED.

9    DATED this 7ᵗʰ day of _____ May _____, 2018.

10

11

12    JAMES L. ROBART
      UNITED STATES DISTRICT JUDGE

13

**Presented by:**
14    KELLER ROHRBACK L.L.P.

15

By: /s/ Lynn Lincoln Sarko
16    By: /s/ Tana Lin
      By: /s/ Amy Williams-Derry
17    By: /s/ Derek W. Loeser
      By: /s/ Alison S. Gaffney
18

Lynn Lincoln Sarko, WSBA # 16569
19    Tana Lin, WSBA # 35271
      Amy Williams-Derry, WSBA #28711
20    Derek W. Loeser, WSBA # 24274
      Alison S. Gaffney, WSBA #45565
21    1201 Third Avenue, Suite 3200
      Seattle, WA 98101
22    Telephone: (206) 623-1900
      Facsimile: (206) 623-3384
23    Email: lsarko@kellerrohrback.com
           tlin@kellerrohrback.com
24           awilliams-derry@kellerrohrback.com
           dloeser@kellerrohrback.com
25           agaffney@kellerrohrback.com

26

[PROPOSED] ORDER
GRANTING DOE PLAINTIFFS'
MOTION TO JOIN JFS
MOTION FOR DISCOVERY
( ) - 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

By:/s/ Laurie B. Ashton

2

Laurie B. Ashton (*Pro Hac Vice*)

3    3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2600

4    Telephone: (602) 248-0088
Facsimile: (602) 248-2822

5    Email: lashton@kellerrohrback.com

6

7    By: /s/ Alison Chase

8    Alison Chase (*Pro Hac Vice*)
801 Garden Street, Suite 301

9    Santa Barbara, CA 93101
Telephone: (805) 456-1496

10   Facsimile: (805) 456-1497
Email: achase@kellerrohrback.com

11

*Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union Of*

12   *Washington Foundation*

13

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

14

By: /s/ Emily Chiang

15   By: /s/ Lisa Nowlin
Emily Chiang, WSBA # 50517

16   Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630

17   Seattle, Washington 98164
Telephone: (206) 624-2184

18   Email: echiang@aclu-wa.org
          lnowlin@aclu-wa.org

19

20   *Attorneys for Plaintiffs*

21

22

23

24

25

26

[PROPOSED] ORDER
GRANTING DOE PLAINTIFFS'
MOTION TO JOIN JFS
MOTION FOR DISCOVERY
(   ) - 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
TELEPHONE: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384