UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, individually and on behalf of all other similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> and <br><br> JANE DOE, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants - Appellants. | No. 18-35015 <br><br> D.C. Nos. 2:17-cv-00178-JLR, 2:17-cv-01707-JLR <br><br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |
| JEWISH FAMILY SERVICE OF SEATTLE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants - Appellees. | No. 18-35026 <br><br> D.C. Nos. 2:17-cv-00178-JLR, 2:17-cv-01707-JLR <br><br> U.S. District Court for Western Washington, Seattle |

The judgment of this Court, entered March 29, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7