


The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, et al.,<br><br>   Defendants. | **Civil Action No. 2:17-cv-00178JLR** |
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, et al.,<br><br>   Defendants. | **Civil Action No. 2:17-cv-01707JLR**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISSOLVE PRELIMINARY INJUNCTION AS MOOT**<br><br>**(RELATING TO BOTH CASES)**<br><br>Noted for Consideration:<br>June 29, 2018 |

[PROPOSED] ORDER GRANTING DEFS.' MOT. TO DISMISS & DISSOLVE PRELIM. INJ. AS MOOT
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**

Upon review of Defendants' Motion to Dismiss and Dissolve Preliminary Injunction as Moot, and for good cause shown, it is ORDERED:

1. Defendants' motion is GRANTED;
2. The action captioned as *Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707JLR, is dismissed as moot;
3. Plaintiffs' challenges in *Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178JLR, to the October 23, 2017, Memorandum titled "Resuming the United States Refugee Admissions Program with Enhanced Vetting Capabilities," are dismissed as moot; and
4. This Court's December 23, 2017, preliminary injunction Order is dissolved as moot.

Dated this ___ day of _____.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

**Presented by:**

CHAD A. READLER
Acting Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
MICHELLE R. BENNETT
DANIEL SCHWEI
KEVIN SNELL
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

[PROPOSED] ORDER GRANTING DEFS.' MOT. TO DISMISS & DISSOLVE PRELIM. INJ. AS MOOT - 1

*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joseph.dugan@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING DEFS.' MOT. TO DISMISS & DISSOLVE PRELIM. INJ. AS MOOT - 2

*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)

*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**