UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR |
| JEWISH FAMILY SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-1707JLR <br><br> **(RELATING TO CASE NO. C17-0178JLR)** |

## *DOE* PLAINTIFFS' SURREPLY TO DEFENDANTS' MOTION TO DISMISS AND DISSOLVE PRELIMINARY INJUNCTION AS MOOT

*DOE* PLS.' SURREPLY TO
DEFS.' MOT. TO DISMISS
AND DISSOLVE PRELIM. INJ.
AS MOOT
(2:17-cv-00178-JLR)

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

*Doe* Plaintiffs file this Surreply respectfully requesting the Court strike the argument raised in Section IV of Defendants' Reply in Support of Motion to Dismiss and Dissolve Preliminary Injunction as Moot ("Defendants' Reply") at 16-17, Dkt. # 150.

Defendants' Reply includes an entire section in the argument portion of their brief entitled "The President of the United States Should be Dismissed as a Named Defendant." *Id.* Yet, there was no section in Defendants' original Motion raising this issue. *Compare* Table of Contents of Defs.' Mot. to Dismiss and Dissolve Prelim. Inj. as Moot ("Motion") at ii, Dkt. # 145, *with* Table of Contents of Defendants' Reply at ii. The only mention of the possibility of dismissing President Trump as a defendant is in footnote 4 of the Motion at the end of the conclusion of their brief. Motion at 14 n.4.

It is well settled that "[courts] review only issues which are argued specifically and distinctly in a party's opening brief. . . . [A] bare assertion does not preserve a claim." *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994). Raising an issue in a footnote clearly does not suffice and results in the waiver of the claim. *See, e.g.*, *Recycle for Change v. City of Oakland*, 856 F.3d 666, 673 (9th Cir.), *cert. denied*, 138 S. Ct. 557 (2017) (finding argument waived because it was not raised in the brief other than in a footnote); *City of Emeryville v. Robinson*, 621 F.3d 1251, 1262 n.10 (9th Cir. 2010) (holding that "[b]y failing to address the issue in its opening brief except in a footnote," party waived its claim); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1992) (contentions raised only in a footnote in an opening brief are deemed abandoned). The Ninth Circuit has held that issues which are not argued specifically and distinctly in a party's opening brief, especially where a host of other issues are raised, will not be reviewed. *City of Emeryville*, 621 F.3d at 1262 n.10 (citing *Greenwood*, 28 F.3d. at 977).

Defendants raised a host of other issues in their Motion but failed to properly raise the issue of whether President Trump should be dismissed as a defendant. Having failed to properly raise the issue at the outset, Defendants cannot now raise this argument for the first time in their

*DOE* PLS.' SURREPLY TO DEFS.' MOT. TO DISMISS AND DISSOLVE PRELIM. INJ. AS MOOT - 1
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

Reply. *Tile Tech, Inc. v. Appian Way Sales, Inc.*, No. C17-1660JLR, 2018 WL 2113958, at *4 (W.D. Wash. May 8, 2018) (citing *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007); *see also United States v. Puerta*, 982 F.2d 1297, 1300 n.1 (9th Cir. 1992) ("New arguments may not be introduced in a reply brief."). Pursuant to LCR 7(e)(3), Defendants had twenty-four pages for their Motion but used only fourteen of those pages. Defendants had ample additional room in their Motion to fully address this issue but they chose not to raise it as an actual argument, instead including it as a mere aside in a footnote at the end of their conclusion. They should not now be allowed to insert an entire section in their Reply for the first time.

For the reasons stated in this Surreply, Plaintiffs request the Court strike Section IV of Defendants' Reply in its entirety.

*DOE* PLS.' SURREPLY TO DEFS.' MOT. TO DISMISS AND DISSOLVE PRELIM. INJ. AS MOOT - 2
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

| | |
|---|---|
| 1 | DATED this 3rd day of July, 2018. |
| 2 | |
| 3 | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION |
| 4 | |
| 5 | By: /s/ Emily Chiang |
| | /s/ Lisa Nowlin |
| 6 | Emily Chiang, WSBA # 50517 |
| | Lisa Nowlin, WSBA # 51512 |
| 7 | 901 Fifth Avenue, Suite 630 |
| | Seattle, WA 98164 |
| 8 | Tel.: (206) 624-2184 |
| | Email: echiang@aclu-wa.org |
| 9 | lnowlin@aclu-wa.org |
| 10 | ***Attorneys for Plaintiffs*** |

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
   Lynn Lincoln Sarko, WSBA # 16569
   Tana Lin, WSBA # 35271
   Amy Williams-Derry, WSBA # 28711
   Derek W. Loeser, WSBA # 24274
   Alison S. Gaffney, WSBA # 45565
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Tel.: (206) 623-1900
   Fax: (206) 623-3384
   Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          awilliams-derry@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
   Laurie B. Ashton (admitted *pro hac vice*)
   3101 North Central Avenue, Suite 1400
   Phoenix, AZ 85012-2600
   Tel.: (602) 248-0088
   Fax: (602) 248-2822
   Email: lashton@kellerrohrback.com

By: /s/ Alison Chase
   Alison Chase (admitted *pro hac vice*)
   1129 State Street, Suite 8
   Santa Barbara, CA 93101
   Tel.: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union of Washington Foundation***

*DOE* PLS.' SURREPLY TO DEFS.' MOT. TO DISMISS AND DISSOLVE PRELIM. INJ. AS MOOT - 3
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Court's Electronic Mail Notice List.

DATED this 3rd day of July, 2018.

        KELLER ROHRBACK L.L.P.

By: /s/ Tana Lin
   Tana Lin, WSBA # 35271
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Tel.: (206) 623-1900
   Fax: (206) 623-3384
   Email: tlin@kellerrohrback.com

*Attorney for Plaintiffs/Cooperating Attorney for the American Civil Liberties Union of Washington Foundation*

*DOE* PLS.' SURREPLY TO DEFS.' MOT. TO DISMISS AND DISSOLVE PRELIM. INJ. AS MOOT - 4
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384