UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al.,<br><br>               Plaintiffs,<br>   v.<br>DONALD TRUMP, et al.,<br>               Defendants. | CASE NO. C17-0178JLR<br><br>ORDER DIRECTING RESPONSE TO SURREPLY<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br><br>               Plaintiffs,<br>   v.<br>DONALD TRUMP, et al.,<br>               Defendants. | CASE NO C17-1707JLR |

Pursuant to Local Rule 7(g)(4), the court directs Defendants to respond to Doe Plaintiffs' surreply. (Surreply (Dkt. # 152)); Local Rules W.D. Wash. LCR 7(g)(4).

ORDER - 1

Case 2:17-cv-00178-JLR   Document 153   Filed 07/19/18   Page 2 of 2

1  Defendants shall file their response no later than Monday, July 23, 2018, at 4:30 p.m.
2  (PDT) and shall limit their response to two (2) pages.
3      Dated this 19th day of July, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2