THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, et al.,<br>Plaintiffs,<br>v.<br>DONALD TRUMP, et al.,<br>Defendants. | CASE NO. C17-0178JLR<br>**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS**<br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE of SEATTLE, et al.,<br>Plaintiffs,<br>v.<br>DONALD TRUMP, et al.,<br>Defendants. | CASE NO. C17-1707JLR<br>NOTE ON MOTION CALENDAR: August 20, 2018 |

The parties in *John Doe v. Trump* and *Jewish Family Service of Seattle v. Trump*, by and through their undersigned counsel, hereby stipulate and jointly move to modify the deadline to file discovery motions related to jurisdictional discovery set forth in the Court's July 27, 2018 Order (Dkt. No. 155) (hereinafter, "July 27 Order") from September 25, 2018, to October 9, 2018. This modification is needed to permit the parties to confer and, if necessary, draft motions following defendants' completion of document production responsive to Plaintiffs' First Set of

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Requests for Production, which defendants have advised may not be possible until September 14, 2018, and service of defendants' privilege log, which defendants have advised may not be possible until seven days after the completion of that production.

## I. BACKGROUND

On July 27, 2018, the Court granted plaintiffs' motion for jurisdictional discovery on mootness and set a 90 day deadline for completion of that discovery. July 27 Order at 29-30. The July 27 Order mandates that the parties "file any related discovery motions within 60 days of the filing date of [the] order," which is September 25, 2018. *Id.* at 29.

Five days later, on August 1, 2018, plaintiffs in both actions served a combined first set of requests for production of documents on defendants and requested that, given the discovery schedule, defendants respond to the request within 15 days of service. On August 7, 2018, defendants advised that they intended to (1) provide written responses and objections to plaintiffs' first set of requests by August 22, 2018; (2) produce responsive documents by September 14, 2018; and (3) provide a privilege log within seven days following completion of that production, with all such proposed deadlines subject to change depending on the volume of potentially responsive records and any unforeseen complications during processing and production, as well as competing work demands. On August 10, 2018, the parties telephonically conferred regarding this schedule, and plaintiffs expressed concern that the schedule provided insufficient time to file any necessary discovery motions by the September 25 deadline. Defendants explained that, while they hope to produce documents on a rolling basis, they cannot commit to producing documents and a privilege log within a shorter timeframe, particularly because defendants continue to search for documents that are responsive to plaintiffs' requests, and thus defendants do not yet know the volume of material that will need to be ultimately reviewed. Moreover, to promote accuracy in production, defendants have put in place a multitier document review process involving agency custodians, agency counsel, and Department of Justice litigation counsel. Defendants' estimated timeframe accounts for this multitier review

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

process as well as expected absences during the remainder of the summer and around the Labor Day holiday.

## II. ARGUMENT

Because defendants plan to produce the privilege log within seven days following completion of document production, which itself may not be completed until September 14, the current discovery motion deadline potentially leaves the parties with only four days—and only two business days—to confer and file motions regarding any privilege issues that may arise on review of the privilege log. This is an insufficient amount of time and may lead to needless motion practice regarding issues that could have been resolved between the parties if they had more time to confer. The parties therefore seek to move the discovery motion deadline to October 9, 2018—two weeks from the current deadline. That date should still enable the parties to complete jurisdictional discovery by the October 25, 2018, deadline prescribed by the July 27 Order.

## III. CONCLUSION

For the reasons stated above, the parties jointly and respectfully request that the Court modify the discovery motion deadline set forth in the Court's July 27, 2018 Order from September 24, 2018, to October 9, 2018.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted,

DATED: August 20, 2018

s/ Deepa Alagesan
Deepa Alagesan, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 30317
Tel: (678) 279-5441
Fax: (213) 639-3911
cox@nilc.org

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
/s/ Lisa Nowlin
Emily Chiang, WSBA # 50517
Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email: echiang@aclu-wa.org
lnowlin@aclu-wa.org

*Counsel for Plaintiffs Doe, et al.*

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA # 28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA # 45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
tlin@kellerrohrback.com
awilliams-derry@kellerrohrback.com
dloeser@kellerrohrback.com
agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
Laurie B. Ashton (admitted pro hac vice)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: lashton@kellerrohrback.com

By: /s/ Alison Chase
Alison Chase (admitted pro hac vice)
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email: achase@kellerrohrback.com

*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

CHAD A. READLER
Acting Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
MICHELLE R. BENNETT
DANIEL SCHWEI
DANIEL BENSING
KEVIN SNELL
JOSEPH C. DUGAN
Senior Trial Counsel / Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: Joseph.Dugan@usdoj.gov

*Counsel for Defendants*

STIPULATED MOTION AND [PROPOSED]
ORDER TO MODIFY DEADLINE FOR
DISCOVERY MOTIONS (No. C17-0178JLR) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., Plaintiffs, v. DONALD TRUMP, et al., Defendants. | CASE NO. C17-0178JLR (RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE of SEATTLE, et al., Plaintiffs, v. DONALD TRUMP, et al., Defendants. | CASE NO. C17-1707JLR |

**~~[PROPOSED]~~ ORDER REGARDING JURISDICTIONAL DISCOVERY SCHEDULE**

The Court, upon consideration of the parties' Joint Motion to Modify Deadline for Discovery Motions (the "Motion") and the record in this matter, hereby ORDERS that the Motion is GRANTED. Any motions relating to the parties' jurisdictional discovery regarding mootness shall be filed by October 9, 2018.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED.**

DATED this 21st day of August, 2018.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Deepa Alagesan
Deepa Alagesan, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 30317
Tel: (678) 279-5441
Fax: (213) 639-3911
cox@nilc.org

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
/s/ Lisa Nowlin
Emily Chiang, WSBA # 50517
Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email: echiang@aclu-wa.org
lnowlin@aclu-wa.org

*Counsel for Plaintiffs Doe, et al.*

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA # 28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA # 45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
tlin@kellerrohrback.com
awilliams-derry@kellerrohrback.com
dloeser@kellerrohrback.com
agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
Laurie B. Ashton (admitted pro hac vice)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: lashton@kellerrohrback.com

By: /s/ Alison Chase
Alison Chase (admitted pro hac vice)
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email: achase@kellerrohrback.com

*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

CHAD A. READLER
Acting Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
MICHELLE R. BENNETT
DANIEL SCHWEI
DANIEL BENSING
KEVIN SNELL
JOSEPH C. DUGAN
Senior Trial Counsel / Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: Joseph.Dugan@usdoj.gov

*Counsel for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

I hereby declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of August, 2018.

*/s/ Tyler Roberts*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR DISCOVERY MOTIONS (No. C17-0178JLR) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000