THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY DEADLINE FOR DISCOVERY MOTIONS <br><br> NOTE ON MOTION CALENDAR: September 21, 2018 <br><br> (RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE of SEATTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-1707JLR |

The Court, upon consideration of the parties' Stipulated Motion to Modify Deadline for Discovery Motions (Dkt. # 161) (the "Motion") and the record in this matter, hereby ORDERS that the Motion is GRANTED. Any motions relating to the parties' jurisdictional discovery regarding mootness shall be filed by October 15, 2018.

//

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO MODIFY DEADLINE FOR DISCOVERY
MOTIONS
(No. C17-0178JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED.**

DATED this 24th day of September, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Tyler Roberts
David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Deepa Alagesan, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
jcox@refugeerights.org

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO MODIFY DEADLINE FOR DISCOVERY
MOTIONS
(No. C17-0178JLR) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
|1|AMERICAN CIVIL LIBERTIES UNION<br>OF WASHINGTON FOUNDATION|KELLER ROHRBACK L.L.P.|

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
　　/s/ Lisa Nowlin
Emily Chiang, WSBA # 50517
Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email:　echiang@aclu-wa.org
　　　　lnowlin@aclu-wa.org

*Counsel for Plaintiffs Doe, et al.*

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA # 28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA # 45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email:　lsarko@kellerrohrback.com
　　　　tlin@kellerrohrback.com
　　　　awilliams-derry@kellerrohrback.com
　　　　dloeser@kellerrohrback.com
　　　　agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
Laurie B. Ashton (admitted pro hac vice)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email:　lashton@kellerrohrback.com

By: /s/ Alison Chase
Alison Chase (admitted pro hac vice)
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email:　achase@kellerrohrback.com

*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO MODIFY DEADLINE FOR DISCOVERY
MOTIONS
(No. C17-0178JLR) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  JOSEPH H. HUNT
2  Assistant Attorney General

3  AUGUST E. FLENTJE
   Special Counsel
4
   JENNIFER D. RICKETTS
5  Director, Federal Programs Branch

6  JOHN R. TYLER
7  Assistant Director, Federal Programs Branch

8
   /s/ Joseph C. Dugan
9  DANIEL BENSING
   KEVIN SNELL
10 JOSEPH C. DUGAN
   Senior Trial Counsel / Trial Attorneys
11 U.S. Department of Justice
   Civil Division, Federal Programs Branch
12 20 Massachusetts Avenue, NW
   Washington, DC 20530
13 Tel: (202) 514-3259
   Fax: (202) 616-8470
14 Email: Joseph.Dugan@usdoj.gov

15 *Counsel for Defendants*

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO MODIFY DEADLINE FOR DISCOVERY
MOTIONS
(No. C17-0178JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 21st day of September, 2018, at Seattle, Washington.

*s/ Tyler Roberts*

CERTIFICATE OF SERVICE
(No. C17-0178JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000