The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　Defendants. | Civil Action No. 2:17-cv-00178JLR |
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　Defendants. | Civil Action No. 2:17-cv-01707JLR<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**(RELATING TO BOTH CASES)** |

NOTICE OF CHANGE OF ADDRESS - 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Joseph C. Dugan, Kevin M. Snell, and Michelle Bennett as counsel for Defendants in this matter. All future correspondence and other communications regarding this matter should be directed to defense counsel at the addresses and phone numbers shown below:

| | |
|---|---|
| Joseph C. Dugan | Kevin M. Snell |
| Trial Attorney | Trial Attorney |
| United States Department of Justice | United States Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| 1100 L Street, NW, Room 11212 | 1100 L Street, NW, Room 12510 |
| Washington, D.C. 20005 | Washington, D.C. 20005 |
| Tel: (202) 514-3259 | Tel: (202) 305-0924 |
| E-mail: Joseph.Dugan@usdoj.gov | E-mail: Kevin.Snell@usdoj.gov |

Michelle Bennett
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12026
Washington, D.C. 20005
Tel: (202) 305-8902
E-mail: Michelle.Bennett@usdoj.gov

Dated: October 12, 2018        Respectfully submitted,

                                         */s/ Joseph C. Dugan*
                                         JOSEPH C. DUGAN
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW, Room 11212
                                         Washington, D.C. 20005
                                         Tel.: (202) 514-3259
                                         E-mail: Joseph.Dugan@usdoj.gov

                                         *Counsel for Defendant*

NOTICE OF CHANGE OF ADDRESS - 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**

# CERTIFICATE OF SERVICE

I certify that on October 12, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 12th day of October, 2018.

                                        */s/ Joseph C. Dugan*
                                        JOSEPH C. DUGAN

NOTICE OF CHANGE OF ADDRESS - 3
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3259**