THE HONORABLE JAMES L. ROBART

UNITED STATES C DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | CASE NO. C17-0178JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DISCOVERY DISPUTES<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 12, 2018**<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICE of SEATTLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | CASE NO. C17-1707JLR |



The Court upon consideration of the parties' Stipulated Motion to Set Briefing Schedule on Discovery Disputes (the "Motion") and the record in this matter, hereby ORDERS that the Motion is GRANTED. The briefing schedule on the motion to compel is set as follows:

Plaintiffs' Joint Motion to Compel:   due Monday, October 22, 2018.

Defendants' Opposition:   due Monday, November 5, 2018.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES
(No. C17-0178JLR) – 1
141618315.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiffs' Joint Reply:     due Friday, November 9, 2018.

**IT IS SO ORDERED.**

DATED this 15th day of October, 2018.

　　　　　　　　　　　　　　　　_/s/ James L. Robart_
　　　　　　　　　　　　　　　　THE HONORABLE JAMES L. ROBART
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES
(No. C17-0178JLR) – 2

141618315.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

/s/ Justin B. Cox
Deepa Alagesan, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
jcox@refugeerights.org

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES
(No. C17-0178JLR) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

141618315.2

| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION |
| 2 | |
| 3 | By: /s/ Emily Chiang<br>    /s/ Lisa Nowlin<br>Emily Chiang, WSBA # 50517 |
| 4 | Lisa Nowlin, WSBA # 51512<br>901 Fifth Avenue, Suite 630 |
| 5 | Seattle, WA 98164<br>Telephone: (206) 624-2184 |
| 6 | Email:  echiang@aclu-wa.org<br>            lnowlin@aclu-wa.org |
| 7 | |
| 8 | *Counsel for Plaintiffs Doe, et al.* |

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA # 28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA # 45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email:  lsarko@kellerrohrback.com
        tlin@kellerrohrback.com
        awilliams-derry@kellerrohrback.com
        dloeser@kellerrohrback.com
        agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
Laurie B. Ashton (admitted pro hac vice)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email:  lashton@kellerrohrback.com

By: /s/ Alison Chase
Alison Chase (admitted pro hac vice)
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email:  achase@kellerrohrback.com

*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union of Washington Foundation*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES
(No. C17-0178JLR) – 4

141618315.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  JOSEPH H. HUNT
   Assistant Attorney General
2
3  AUGUST E. FLENTJE
   Special Counsel
4
   JENNIFER D. RICKETTS
5  Director, Federal Programs Branch

6  JOHN R. TYLER
7  Assistant Director, Federal Programs Branch

8
   /s/ Joseph C. Dugan
9  DANIEL BENSING
   KEVIN SNELL
10 JOSEPH C. DUGAN
   Senior Trial Counsel / Trial Attorneys
11 U.S. Department of Justice
   Civil Division, Federal Programs Branch
12 1100 L Street, NW, Ste. 11212
   Washington, DC 20005
13 Tel: (202) 514-3259
   Email: Joseph.Dugan@usdoj.gov
14
   *Counsel for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE ON
DISCOVERY DISPUTES
(No. C17-0178JLR) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

141618315.2

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 12th day of October, 2018, at Seattle, Washington.

/s/ *Tyler Roberts*

CERTIFICATE OF SERVICE
(No. C17-0178JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

141618315.2