THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al., | CASE NO. C17-0178JLR |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO COMPEL** |
| DONALD TRUMP, et al., | **NOTE ON MOTION CALENDAR: November 9, 2018** |
| Defendants. | |
| JEWISH FAMILY SERVICE, et al., | CASE NO. C17-1707JLR |
| Plaintiffs, | |
| v. | (RELATING TO BOTH CASES) |
| DONALD TRUMP, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Joint Motion to Compel. Having considered the parties' briefing, declarations, exhibits, and oral argument, if any, the Court GRANTS Plaintiffs' Joint Motion to Compel.

Accordingly, it is hereby ORDERED that:

1.    Defendants' claim that the names of the 11 countries on the "SAO list" (or the "Security Advisory Opinions" list) is covered by a law enforcement privilege is denied, and Defendants are therefore ordered to produce to Plaintiffs any information redacted or withheld on that basis within 14 days of the date of this Order.

[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO COMPEL
(No. C17-0178JLR) – 1

2.   Defendants shall, within 14 days of the date of this Order, produce to Plaintiffs all information redacted as "non-responsive" from the documents thus far produced.  The parties are directed to enter into a protective order to protect the personally identifiable information of any individual refugees, as necessary.

3.   Defendants shall, within 14 days of the date of this Order, produce to Plaintiffs documents withheld as "non-responsive" that were attached to or hyperlinked in emails Defendants produced, as well as those expressly incorporated in the documents Defendants produced.  This production shall include those documents identified as "missing" on pages 3-4 of Plaintiffs' letter dated October 4, 2018.

4.   Defendants shall provide responses and any objections to Plaintiffs' Fourth Set of Interrogatories within 14 days of the date of this Order.

5.   Plaintiffs are granted leave to take the depositions of Jennifer Higgins, Kelly Gauger, and the Rule 30(b)(6) depositions reflected in the notices Plaintiffs served on October 17, 2018, at a time and place convenient to the parties and witnesses but no sooner than 14 days after the production of documents and information as set out in paragraphs 1-4 of this Order.

6.   The deadline for completing discovery is extended for 35 days after the completion of the depositions set out in paragraph 5 of this Order, with any discovery-related motions due in 45 days of the close of discovery.

7.   Defendants and their officers, agents, servants, employees, attorneys, and all members and persons acting in concert or participation with them, from the date of this Order take all steps necessary to comply with the terms of this Order.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2018.


_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO COMPEL
(No. C17-0178JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

1   Presented by:

2   */s/*_____

3   Deepa Alagesan, *Pro Hac Vice*                      Justin B. Cox, *Pro Hac Vice*
    Mariko Hirose, *Pro Hac Vice*                        International Refugee Assistance Project
4   Linda Evarts, *Pro Hac Vice*                         PO Box 170208
    Kathryn C. Meyer, *Pro Hac Vice*                     Atlanta, GA  30317
5   International Refugee Assistance Project              Tel: (678) 404-9119
    40 Rector Street, 9th Floor                          jcox@refugeerights.org
6   New York, NY 10006
    Tel: (646) 459-3044                                  Karen C. Tumlin, *Pro Hac Vice*
7   mhirose@refugeerights.org                            Melissa S. Keaney, *Pro Hac Vice*
    dalagesan@refugeerights.org                          Esther H. Sung, *Pro Hac Vice*
8   levarts@refugeerights.org                            National Immigration Law Center
    kmeyer@refugeerights.org                             3450 Wilshire Blvd, #108-62
9                                                        Los Angeles, CA 90010
    David Burman, WSBA No. 10611                         Tel: (213) 639-3900
10  Lauren Watts Staniar, WSBA No. 48741                 Fax: (213) 639-3911
    Tyler Roberts, WSBA No. 52688                        tumlin@nilc.org
11  Perkins Coie LLP                                     keaney@nilc.org
    1201 Third Avenue, Suite 4900                        sung@nilc.org
12  Seattle, WA  98101-3099
    Telephone:  206.359.8000                             Lauren E. Aguiar, *Pro Hac Vice*
13  Facsimile:  206.359.9000                             Mollie M. Kornreich, *Pro Hac Vice*
    dburman@perkinscoie.com                              Abigail E. Davis, *Pro Hac Vice*
14  lstaniar@perkinscoie.com                             Four Times Square
    troberts@perkinscoie.com                             New York, NY  10036
15                                                       Tel: (212) 735-3000
    Elizabeth Sweet, *Pro Hac Vice*                      Fax: (212) 735-2000
16  Mark Hetfield, *Pro Hac Vice*                        lauren.aguiar@probonolaw.com
    HIAS, Inc.                                           mollie.kornreich@probonolaw.com
17  1300 Spring Street, Suite 500                        abigail.sheehan@probonolaw.com
    Silver Spring, MD 20910
18  Tel: 301-844-7300
    liz.sweet@hias.org
19  mark.hetfield@hias.org
                                                         *Counsel for Plaintiffs Jewish Family Service,*
20                                                       *et al.*

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO COMPEL
(No. C17-0178JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION |
| 2 | |
| 3 | By: /s/ Emily Chiang |

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Emily Chiang
    /s/ Lisa Nowlin
Emily Chiang, WSBA # 50517
Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email:    echiang@aclu-wa.org
          lnowlin@aclu-wa.org

*Counsel for Plaintiffs Doe, et al.*

KELLER ROHRBACK L.L.P.

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Amy Williams-Derry
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
Lynn Lincoln Sarko, WSBA # 16569
Tana Lin, WSBA # 35271
Amy Williams-Derry, WSBA # 28711
Derek W. Loeser, WSBA # 24274
Alison S. Gaffney, WSBA # 45565
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email:    lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          awilliams-derry@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
Laurie B. Ashton (admitted pro hac vice)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2600
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email:    lashton@kellerrohrback.com

By: /s/ Alison Chase
Alison Chase (admitted pro hac vice)
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
Email:    achase@kellerrohrback.com

*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation*

[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO COMPEL
(No. C17-0178JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 22nd day of October, 2018, at Seattle, Washington.

/s/ Tyler Roberts

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: 206.359.8000 / F: 206.359.9000