The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | Civil Action No. 2:17-cv-00178JLR |
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>       Defendants. | Civil Action No. 2:17-cv-01707JLR<br><br>**MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LAPSE IN APPROPRIATIONS**<br><br>**(RELATING TO BOTH CASES)** |

MOTION TO STAY PROCEEDINGS - 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259

The Government hereby moves for a stay of all proceedings in the above-captioned case, to include the Government's February 3, 2019, deadline to complete the supplemental jurisdictional discovery ordered by this Court on December 20, 2018.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations to the Department.

4. A stay is particularly appropriate in this case because, given that defense counsel have been prohibited from working on this matter over the past eleven days, and given further the time-consuming interrogatory responses and supplemental production that should occur before the parties schedule the depositions that this Court has authorized,[1] it is unlikely that Defendants will complete all necessary tasks before the February 3, 2019, deadline, notwithstanding defense counsel's diligent efforts. For each day that the lapse in appropriations continues, timely performance by Defendants becomes increasingly impracticable.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

---

[1] Plaintiffs' counsel stated in a December 21, 2018, e-mail that Plaintiffs will "want an opportunity to review the documents and data Defendants were just ordered to produce . . . in advance of the depositions, so as to avoid any need to re-open them later."

MOTION TO STAY PROCEEDINGS - 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259

that point, the supplemental discovery deadline be extended commensurate with the duration of the lapse in appropriations.

6. In an e-mail dated December 26, 2018, Plaintiffs' counsel stated: "[G]iven the circumstances of our clients and the indefinite nature of the shutdown, we would oppose" a motion to stay.

Nevertheless, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 2, 2019            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
JOSEPH C. DUGAN
KEVIN SNELL
DANIEL BENSING
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11212
Washington, D.C. 20005
Tel.: (202) 514-3259
E-mail: Joseph.Dugan@usdoj.gov

*Counsel for Defendant*

MOTION TO STAY PROCEEDINGS - 3
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259

## CERTIFICATE OF SERVICE

I certify that on January 2, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 2nd day of January, 2019.

                                                 */s/ Joseph C. Dugan*
                                                 JOSEPH C. DUGAN

MOTION TO STAY PROCEEDINGS - 4
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3259**