THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-0178JLR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTING DISCOVERY SCHEDULE TO ACCOMMODATE DEPOSITIONS**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 31, 2019** |
| JEWISH FAMILY SERVICE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-1707JLR<br><br>(RELATING TO BOTH CASES) |

Pursuant to this Court's January 28, 2019 Order, ECF No. 175, the parties in *John Doe v. Trump* and *Jewish Family Service of Seattle v. Trump*, by and through their undersigned counsel, hereby stipulate to adjust the current discovery schedule such that: (1) document production shall be completed by February 3, 2019; and (2) the depositions ordered by the Court occur by March 8, 2019.

STIPULATION AND [PROPOSED] ORDER
(No. 17-cv-1707-JLR; No. 17-cv-1707-JLR)

## [PROPOSED] ORDER

Upon consideration of the above stipulation and the record in this matter, the Court approves the stipulation, and adjusts the current discovery schedule such that: (1) document production shall be completed by February 3, 2019; and (2) the depositions ordered by the Court occur by March 8, 2019.

**IT IS SO ORDERED**

DATED this 6 day of Feb., 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

So stipulated and presented by,   DATED: January 31, 2018

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Kevin Snell
KEVIN SNELL
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 305-0924
Fax: (202) 616-8460
Email: Kevin.Snell@usdoj.gov

*Counsel for Defendants.*

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br><br>By: /s/ Emily Chiang<br>  /s/ Lisa Nowlin<br>Emily Chiang, WSBA # 50517<br>Lisa Nowlin, WSBA # 51512<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Telephone: (206) 624-2184<br>Email: echiang@aclu-wa.org<br>     lnowlin@aclu-wa.org<br><br>*Counsel for Plaintiffs Doe, et al.* | KELLER ROHRBACK L.L.P.<br><br>By: /s/ Lynn Lincoln Sarko<br>By: /s/ Tana Lin<br>By: /s/ Amy Williams-Derry<br>By: /s/ Derek W. Loeser<br>By: /s/ Alison S. Gaffney<br>Lynn Lincoln Sarko, WSBA # 16569<br>Tana Lin, WSBA # 35271<br>Amy Williams-Derry, WSBA # 28711<br>Derek W. Loeser, WSBA # 24274<br>Alison S. Gaffney, WSBA # 45565<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>Email: lsarko@kellerrohrback.com<br>     tlin@kellerrohrback.com<br>     awilliams-derry@kellerrohrback.com<br>     dloeser@kellerrohrback.com<br>     agaffney@kellerrohrback.com<br><br>By: /s/ Laurie B. Ashton<br>Laurie B. Ashton (admitted pro hac vice)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012-2600<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>Email: lashton@kellerrohrback.com<br><br>By: /s/ Alison Chase<br>Alison Chase (admitted pro hac vice)<br>1129 State Street, Suite 8<br>Santa Barbara, CA 93101<br>Telephone: (805) 456-1496<br>Facsimile: (805) 456-1497<br>Email: achase@kellerrohrback.com<br><br>*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union Of Washington Foundation* |

STIPULATION AND [PROPOSED] ORDER
(No. 17-cv-1707-JLR; No. 17-cv-1707-JLR) – 4

| | | |
|---|---|---|
| 1 | /s/ Justin B. Cox<br>Deepa Alagesan, *Pro Hac Vice* | Justin B. Cox, *Pro Hac Vice*<br>International Refugee Assistance Project |
| 2 | Mariko Hirose, *Pro Hac Vice*<br>Linda Evarts, *Pro Hac Vice* | PO Box 170208<br>Atlanta, GA 30317 |
| 3 | Kathryn C. Meyer, *Pro Hac Vice*<br>International Refugee Assistance Project | Tel: (678) 404-9119<br>Fax: (213) 639-3911 |
| 4 | 40 Rector Street, 9th Floor<br>New York, NY 10006 | jcox@refugeerights.org |
| 5 | Tel: (646) 459-3044<br>mhirose@refugeerights.org | Melissa S. Keaney, *Pro Hac Vice*<br>Esther H. Sung, *Pro Hac Vice* |
| 6 | dalagesan@refugeerights.org<br>levarts@refugeerights.org | National Immigration Law Center<br>3450 Wilshire Blvd, #108-62 |
| 7 | kmeyer@refugeerights.org | Los Angeles, CA 90010<br>Tel: (213) 639-3900 |
| 8 | David Burman, WSBA No. 10611<br>Lauren Watts Staniar, WSBA No. 48741 | Fax: (213) 639-3911<br>keaney@nilc.org |
| 9 | Tyler Roberts, WSBA No. 52688<br>Perkins Coie LLP | sung@nilc.org |
| 10 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099 | Lauren E. Aguiar, *Pro Hac Vice*<br>Mollie M. Kornreich, *Pro Hac Vice* |
| 11 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | Abigail E. Davis, *Pro Hac Vice*<br>Four Times Square |
| 12 | dburman@perkinscoie.com<br>lstaniar@perkinscoie.com | New York, NY 10036<br>Tel: (212) 735-3000 |
| 13 | troberts@perkinscoie.com | Fax: (212) 735-2000<br>lauren.aguiar@probonolaw.com |
| 14 | Elizabeth Sweet, *Pro Hac Vice*<br>Mark Hetfield, *Pro Hac Vice* | mollie.kornreich@probonolaw.com<br>abigail.sheehan@probonolaw.com |
| 15 | HIAS, Inc.<br>1300 Spring Street, Suite 500 | |
| 16 | Silver Spring, MD 20910<br>Tel: 301-844-7300 | *Counsel for Plaintiffs Jewish Family Service, et al.* |
| 17 | liz.sweet@hias.org<br>mark.hetfield@hias.org | |

STIPULATION AND [PROPOSED] ORDER
(No. 17-cv-1707-JLR; No. 17-cv-1707-JLR) – 5

## CERTIFICATE OF SERVICE

I certify that on January 31, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 31st day of January, 2019.

*/s/ Kevin Snell*
KEVIN SNELL