THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | CASE NO. C17-0178JLR<br><br>**PLAINTIFFS' MOTION TO SEAL** |
| JEWISH FAMILY SERVICE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>        Defendants. | CASE NO. C17-1707JLR<br><br>(RELATING TO BOTH CASES) |

PLAINTIFFS' JOINT MOTION TO SEAL
(No. 17-cv-0178-JLR; No. 17-cv-1707-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: 206.359.8000 / F: 206.359.9000

1  Plaintiffs respectfully move for leave to file under seal unredacted versions of their Joint Letter re: Privilege Disputes Arising in Depositions (February 19, 2019) ("Joint Letter") and Exhibit A to the Joint Letter. Unredacted versions of these documents have been provisionally filed under seal simultaneously with the filing of this Motion.

This Motion is made on the grounds that Exhibit A is an excerpt of testimony from the deposition of Jennifer B. Higgins, the Associate Director for the Refugee Asylum and International Operations Director at the United States Department of Homeland Security, that Defendants believe contains confidential material under Section 2 of the January 31, 2019 Protective Order (Dkt. No. 177). Likewise, the Joint Letter cites portions of Exhibit A that Defendants believe are confidential under Section 2 of the January 31, 2019 Protective Order. Though Plaintiffs do not believe that the testimony provided by Ms. Higgins reveals any protected information because the information referenced is publicly available, in an abundance of caution, Plaintiffs have submitted unredacted versions of the Joint Letter and Exhibit A under seal and have filed redacted versions of the Joint Letter and Exhibits A on the public docket understanding that Defendants bear the burden to justify maintaining these documents under seal.

The undersigned certifies that Plaintiffs and Defendants met and conferred regarding this motion to seal on February 19, 2019 and were able to reach an agreement that portions of Exhibit A should be redacted rather than filed under seal in its entirety. This conference took place via email between Mariko Hirose, counsel for Plaintiffs, and Joe Dugan, counsel for Defendants, with the undersigned copied.

Plaintiffs request that the unredacted versions of Joint Letter re: Privilege Disputes Arising in Depositions (February 19, 2019) and Exhibit A to the Joint Letter re: Privilege Disputes Arising in Depositions (February 19, 2019) be sealed from public view.

PLAINTIFFS' JOINT MOTION TO SEAL
(No. 17-cv-0178-JLR; No. 17-cv-1707-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

Respectfully submitted,

s/ Lauren Watts Staniar
Linda Evarts, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
Deepa Alagesan, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
levarts@refugeerights.org
mhirose@refugeerights.org
kmeyer@refugeerights.org
dalagesan@refugeerights.org

David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

DATED:  February 19, 2019

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA  30317
Tel: (678) 404-9119
jcox@refugeerights.org

Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY  10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

PLAINTIFFS' JOINT MOTION TO SEAL
(No. 17-cv-0178-JLR; No. 17-cv-1707-JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br><br>By: /s/ Emily Chiang<br>     /s/ Lisa Nowlin<br>Emily Chiang, WSBA # 50517<br>Lisa Nowlin, WSBA # 51512<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Telephone: (206) 624-2184<br>Email:   echiang@aclu-wa.org<br>              lnowlin@aclu-wa.org<br><br>*Counsel for Plaintiffs Doe, et al.* | KELLER ROHRBACK L.L.P.<br><br>By: /s/ Lynn Lincoln Sarko<br>By: /s/ Tana Lin<br>By: /s/ Amy Williams-Derry<br>By: /s/ Derek W. Loeser<br>By: /s/ Alison S. Gaffney<br>Lynn Lincoln Sarko, WSBA # 16569<br>Tana Lin, WSBA # 35271<br>Amy Williams-Derry, WSBA # 28711<br>Derek W. Loeser, WSBA # 24274<br>Alison S. Gaffney, WSBA # 45565<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>Email:   lsarko@kellerrohrback.com<br>              tlin@kellerrohrback.com<br>              awilliams-derry@kellerrohrback.com<br>              dloeser@kellerrohrback.com<br>              agaffney@kellerrohrback.com<br><br>By: /s/ Laurie B. Ashton<br>Laurie B. Ashton (admitted pro hac vice)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012-2600<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>Email:   lashton@kellerrohrback.com<br><br>By: /s/ Alison Chase<br>Alison Chase (admitted pro hac vice)<br>1129 State Street, Suite 8<br>Santa Barbara, CA 93101<br>Telephone: (805) 456-1496<br>Facsimile: (805) 456-1497<br>Email:   achase@kellerrohrback.com<br><br>*Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties Union of Washington Foundation* |

PLAINTIFFS' JOINT MOTION TO SEAL
(No. 17-cv-0178-JLR; No. 17-cv-1707-JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 19th day of February, 2019.

*/s/ Lauren Watts Staniar*

CERTIFICATE OF SERVICE
(No. 17-cv-0178-JLR; No. 17-cv-1707-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
T: 206.359.8000 / F: 206.359.9000