THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO SEAL |
| JEWISH FAMILY SERVICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-1707JLR <br><br><br> (RELATING TO BOTH CASES) |

[PROPOSED] ORDER DENYING PLAINTIFFS'
JOINT MOTION TO SEAL
(NO. 17-CV-0178-JLR; NO. 17-CV-1707-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Court, having reviewed Plaintiffs' Joint Motion to Seal, and Defendants' response thereto, hereby DENIES the Motion. It is ORDERED that the following documents should be unsealed and published on the public docket: Plaintiffs' unredacted "Joint Letter re: Privilege Disputes Regarding Depositions" and the unredacted copy of Exhibit A to that letter.

DATED this _____ day of February, 2019.

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFFS'
JOINT MOTION TO SEAL
(NO. 17-CV-0178-JLR; NO. 17-CV-1707-JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

s/ Lauren Watts Staniar
Linda Evarts, *Pro Hac Vice*
Mariko Hirose, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
Deepa Alagesan, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
levarts@refugeerights.org
mhirose@refugeerights.org
kmeyer@refugeerights.org
dalagesan@refugeerights.org

David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
jcox@refugeerights.org

Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

[PROPOSED] ORDER DENYING PLAINTIFFS'
JOINT MOTION TO SEAL
(NO. 17-CV-0178-JLR; NO. 17-CV-1707-JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | KELLER ROHRBACK L.L.P. |
| 2 | By: /s/ Emily Chiang | By: /s/ Lynn Lincoln Sarko<br>By: /s/ Tana Lin |
| 3 | /s/ Lisa Nowlin<br>Emily Chiang, WSBA # 50517 | By: /s/ Amy Williams-Derry<br>By: /s/ Derek W. Loeser |
| 4 | Lisa Nowlin, WSBA # 51512<br>901 Fifth Avenue, Suite 630 | By: /s/ Alison S. Gaffney<br>Lynn Lincoln Sarko, WSBA # 16569 |
| 5 | Seattle, WA 98164<br>Telephone: (206) 624-2184 | Tana Lin, WSBA # 35271<br>Amy Williams-Derry, WSBA # 28711 |
| 6 | Email:   echiang@aclu-wa.org<br>           lnowlin@aclu-wa.org | Derek W. Loeser, WSBA # 24274<br>Alison S. Gaffney, WSBA # 45565 |
| 7 | *Counsel for Plaintiffs Doe, et al.* | 1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 |
| 8 | | Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 |
| 9 | | Email:   lsarko@kellerrohrback.com<br>           tlin@kellerrohrback.com |
| 10 | | awilliams-derry@kellerrohrback.com<br>dloeser@kellerrohrback.com |
| 11 | | agaffney@kellerrohrback.com |
| 12 | | By: /s/ Laurie B. Ashton<br>Laurie B. Ashton (admitted pro hac vice) |
| 13 | | 3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012-2600 |
| 14 | | Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822 |
| 15 | | Email:   lashton@kellerrohrback.com |
| 16 | | By: /s/ Alison Chase<br>Alison Chase (admitted pro hac vice) |
| 17 | | 1129 State Street, Suite 8<br>Santa Barbara, CA 93101 |
| 18 | | Telephone: (805) 456-1496<br>Facsimile: (805) 456-1497 |
| 19 | | Email:   achase@kellerrohrback.com |
| 20 | | *Attorneys for Plaintiffs Doe, et al./Cooperating Attorneys for the American Civil Liberties* |
| 21 | | *Union of Washington Foundation* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

[PROPOSED] ORDER DENYING PLAINTIFFS'
JOINT MOTION TO SEAL
(NO. 17-CV-0178-JLR; NO. 17-CV-1707-JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 19th day of February, 2019.

                                                */s/ Lauren Watts Staniar*

CERTIFICATE OF SERVICE
(NO. 17-CV-0178-JLR; NO. 17-CV-1707-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000