The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | **Civil Action No. 2:17-cv-00178JLR** <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SEAL AND CROSS-MOTION TO CONTINUE SEAL** <br><br> **(RELATING TO BOTH CASES)** |
| JEWISH FAMILY SERVICE OF SEATTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | **Civil Action No. 2:17-cv-01707JLR** |

DEFS.' RESP. TO PLS.' MOT. TO SEAL AND CROSS-MOT. TO CONTINUE SEAL
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3259**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5(g)(3), Defendants respond to Plaintiffs' Motion to Seal, ECF No. 184, and also respectfully move this Court to order that the materials filed under seal by Plaintiffs in connection with Plaintiffs' February 19, 2019, letter brief remain under seal. The information in question, if disclosed publicly, would suggest the identity of a country listed on the Security Advisory Opinion ("SAO") list—information that this Court has previously protected from public disclosure in this case.

Specifically, in its Order Granting in Part and Denying in Part Plaintiffs' Joint Motion to Compel, ECF No. 171, the Court addressed the parties' dispute concerning "information that would tend to reveal the names of the SAO countries." *Id*. at 23. Although Plaintiffs "complain[ed] that the 'attorneys' eyes only' protective order offered by Defendants [was] overly strict," the Court ordered that Defendants were "only required to" "produce the SAO information" "pursuant to a protective order[.]" *Id*. at 24.

The same information is again at issue now. Plaintiffs redacted from their February 19, 2019, letter brief and attached Exhibit A references to one particular country, and a reasonable person reading those references in context would discern that the country mentioned is an SAO country. *See, e.g.*, Ex. A to Pls.' Letter Br., ECF No. 183-1, at 104:2-3 (discussing the country in the context of a question about SAO nationals). Accordingly, because disclosure of the redacted material could reveal law enforcement sensitive information, the Court should order the unredacted copies remain under seal.

In the Ninth Circuit, there is an exception to the strong preference for public access to a judicial record where, as here, the materials in question are "tangentially related to the merits of a case," such as "sealed materials attached to a discovery motion unrelated to the merits of a

DEFS.' RESP. TO PLS.' MOT. TO SEAL AND CROSS-MOT. TO CONTINUE SEAL - 1
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3259

case[.]" *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097-1101 (9th Cir. 2016); *see also Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("[F]or a sealed discovery document [attached] to a non-dispositive motion . . . the usual presumption of the public's right of access is rebutted." (internal quotation marks omitted; second alteration in original)). For such materials, "a party need only satisfy the less exacting 'good cause' standard" to justify filing under seal. *Ctr. For Auto Safety*, 809 F.3d at 1097. Here, the good cause standard is met because disclosure of the sealed information could reveal law enforcement sensitive information. *See* Decl. of J. Neal Latta in Supp. of Defs.' Opp'n to Pls.' Joint Mot. to Compel, ECF No. 169-2. Moreover, Defendants have complied with Local Civil Rule 5(g)(3)(A), which requires that the parties "explore redaction and other alternatives to filing under seal." Here, minimally redacted versions of the sealed documents have already been filed on the public docket. *See* ECF Nos. 183, 183-1.

Pursuant to Local Civil Rule 5(g)(3), on February 19, 2019, counsel for Defendants conferred with Plaintiffs' counsel concerning the materials at issue. The conference took place via e-mail between Mariko Hirose, counsel for Plaintiffs, and Joseph Dugan, counsel for Defendants, with other counsel copied. Defense counsel understands both from that e-mail communication and from Plaintiffs' submission that Plaintiffs oppose Defendants' request herein.

Dated: February 19, 2019          Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            AUGUST E. FLENTJE
                                            Special Counsel

DEFS.' RESP. TO PLS.' MOT. TO SEAL AND CROSS-MOT. TO CONTINUE SEAL - 2
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3259**

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
KEVIN SNELL
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Ste. 11212
Washington, DC 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Email: Joseph.Dugan@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED February 19, 2019.

*/s/ Joseph C. Dugan*
JOSEPH C. DUGAN

DEFS.' RESP. TO PLS.' MOT. TO SEAL AND CROSS-MOT. TO CONTINUE SEAL - 3
*Doe, et al. v. Trump, et al.*, No. 2:17-cv-00178 (JLR)
*Jewish Family Service of Seattle, et al. v. Trump, et al.*, No. 2:17-cv-01707 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3259**