UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al.,<br>                    Plaintiffs,<br>  v.<br>DONALD TRUMP, et al.,<br>                    Defendants. | CASE NO. C17-0178JLR<br><br>ORDER GRANTING MOTION AND CROSS MOTION TO SEAL<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br>                      Plaintiffs,<br>  v.<br>DONALD TRUMP, et al.,<br>                    Defendants. | CASE NO. C17-1707JLR |

Before the court are: (1) Plaintiffs' motion to seal a portion of their letter brief to the court concerning a discovery dispute (Plf. Mot. (Dkt # 184); *see also* Plf. Ltr. (Dkt. ## 183 (redacted), 185 (sealed)), and (2) Defendants' cross motion to seal the same portion of Plaintiffs' letter brief (Def. Mot. (Dkt. # 186)). In its December 20, 2018,

ORDER - 1

1  order, the court stated that Defendants need only produce the identity of certain Security

2  Advisory Opinion ("SAO") countries pursuant to a protective order.  (12/20/18 Order

3  (Dkt. # 171) at 23-24.)  Based on this same rationale, the court GRANTS Plaintiffs'

4  motion to seal and Defendants' cross motion to seal (Dkt. ## 184, 186), and DIRECTS

5  the clerk to maintain the seal on docket number 185.

6  Dated this 20th day of February, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2