UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>DONALD TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-0178JLR<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT<br><br>(RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al.,<br><br>                      Plaintiffs,<br>    v.<br><br>DONALD TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-1707JLR |

On December 20, 2018, the court ordered the parties to engage in supplemental jurisdictional discovery following the Ninth Circuit Court of Appeals' remand to address the issue of mootness. (*See* 12/20/18 Order (Dkt. # 171); *see also* 9th Cir. Order

ORDER - 1

(Dkt. # 126).) On February 6, 2019, the court adjusted the deadlines concerning the supplemental discovery such that the deadline for completing document production was set on February 3, 2019, and the deadline for completing depositions was set on March 8, 2019. (2/6/19 Order (Dkt # 179).) On February 22, 2019, the court resolved a discovery dispute. (*See* 2/22/19 Trans. (Dkt. # 189).) Except for a few notices of withdrawal or appearance of counsel (*see* Dkt. ## 190-92), the court has not heard from the parties in the more than six (6) months that have lapsed since the last telephonic hearing. Accordingly, the court ORDERS the parties to file a joint status report, within seven (7) of the filing date of this order, detailing: (1) the status of the supplemental discovery ordered by the court; (2) a schedule for briefing and resolving the issue of mootness on remand from the Ninth Circuit; and (3) any other issues of which the court should be aware.

Dated this 15th day of October, 2019.

JAMES L. ROBART
United States District Judge