The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al., | CASE NO. C17-0178JLR |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |
| JEWISH FAMILY SERVICES, et al., | CASE NO. C17-1707JLR |
| Plaintiffs, | |
| v. | **(RELATING TO BOTH CASES)** |
| DONALD TRUMP, et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

JOINT STATUS REPORT
(2:17-cv-00178-JLR)

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Pursuant to the Court's October 14, 2019 Order directing the parties to file a Joint Status Report (Dkt. No. 193), the parties provide the following report:

1. The parties have been engaged in and making progress with settlement discussions.

2. Defendants have provided supplemental discovery, and in February 2019, Plaintiffs took two individual and two Rule 30(b)(6) depositions.

3. Since the Court last heard from the parties and prior to entering into settlement discussions, the parties engaged in a number of meet and confers with regard to additional discovery Plaintiffs believe that Defendants are obligated to provide. While the parties reached agreement on a number of their discovery disputes, they were unable to resolve all of them.

4. Before the parties entered into settlement negotiations, Plaintiffs had anticipated filing a motion to compel on the unresolved discovery disputes, and Defendants had anticipated renewing their motion to dismiss.

5. While the parties are hopeful that settlement negotiations will be fruitful, should settlement discussions fail, Plaintiffs intend to file a motion to compel that they believe should be resolved before any further briefing on the government's renewed motion to dismiss. Defendants' position is that Plaintiffs' anticipated motion to compel is not necessary to resolve the issue of mootness before the Court and therefore that motion should be deferred pending a resolution on Defendants' forthcoming renewed motion to dismiss.

6. The parties will file a joint report within thirty days of the date of this submission with an update concerning the parties' settlement discussions or each party's proposed case schedule for resuming litigation.

JOINT STATUS REPORT - 1
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY, | DATED this 21st day of October, 2019. |
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | KELLER ROHRBACK L.L.P. |

By: /s/ *Emily Chiang*
   /s/ *Lisa Nowlin*
   Emily Chiang, WSBA # 50517
   Lisa Nowlin, WSBA # 51512
   901 Fifth Avenue, Suite 630
   Seattle, WA 98164
   Tel.: (206) 624-2184
   Email: echiang@aclu-wa.org
           lnowlin@aclu-wa.org

*Attorneys for Plaintiffs*

By: /s/ *Lynn Lincoln Sarko*
By: /s/ *Tana Lin*
By: /s/ *Derek W. Loeser*
By: /s/ *Alison S. Gaffney*
   Lynn Lincoln Sarko, WSBA # 16569
   Tana Lin, WSBA # 35271
   Derek W. Loeser, WSBA # 24274
   Alison S. Gaffney, WSBA # 45565
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Tel.: (206) 623-1900
   Fax: (206) 623-3384
   Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ *Laurie B. Ashton*
   Laurie B. Ashton (admitted *pro hac vice*)
   3101 North Central Avenue, Suite 1400
   Phoenix, AZ 85012-2600
   Tel.: (602) 248-0088
   Fax: (602) 248-2822
   Email: lashton@kellerrohrback.com

By: /s/ *Alison Chase*
   Alison Chase (admitted *pro hac vice*)
   1129 State Street, Suite 8
   Santa Barbara, CA 93101
   Tel.: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

*Attorneys for Plaintiffs/Cooperating Attorneys for the American Civil Liberties Union of Washington Foundation*

JOINT STATUS REPORT - 2
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

| | |
|---|---|
| *s/ David Burman* | |
| David Burman, WSBA No. 10611 | |
| Lauren Watts Staniar, WSBA No. 48741 | Justin B. Cox, *Pro Hac Vice* |
| Tyler Roberts, WSBA No. 52688 | International Refugee Assistance Project |
| Perkins Coie LLP | P.O. Box 170208 |
| 1201 Third Avenue, Suite 4900 | Atlanta, GA 30317 |
| Seattle, WA 98101-3099 | Tel: (678) 279-5441 |
| Telephone: 206.359.8000 | jcox@refugeerights.org |
| Facsimile: 206.359.9000 | |
| dburman@perkinscoie.com | Max S. Wolson, *Pro Hac Vice* |
| lstaniar@perkinscoie.com | National Immigration Law Center |
| troberts@perkinscoie.com | PO Box 34573 |
| | Washington, DC 20043 |
| Mariko Hirose, *Pro Hac Vice* | Tel: (202) 971-9271 |
| Deepa Alagesan, *Pro Hac Vice* | wolson@nilc.org |
| Linda Evarts, *Pro Hac Vice* | |
| Kathryn C. Meyer, *Pro Hac Vice* | Lauren E. Aguiar, *Pro Hac Vice* |
| International Refugee Assistance Project | Mollie M. Kornreich, *Pro Hac Vice* |
| 40 Rector Street, 9th Floor | Abigail E. Davis, *Pro Hac Vice* |
| New York, NY 10006 | Four Times Square |
| Tel: (646) 459-3044 | New York, NY 10036 |
| mhirose@refugeerights.org | Tel: (212) 735-3000 |
| dalagesan@refugeerights.org | Fax: (212) 735-2000 |
| levarts@refugeerights.org | lauren.aguiar@probonolaw.com |
| kmeyer@refugeerights.org | mollie.kornreich@probonolaw.com |
| | abigail.sheehan@probonolaw.com |
| Melissa S. Keaney, *Pro Hac Vice* | |
| International Refugee Assistance Project | |
| P.O. Box 2291 | |
| Fair Oaks, CA 95628 | |
| Tel: (916) 546-6125 | |
| mkeaney@refugeerights.org | *Counsel for Plaintiffs Jewish Family Service, et al.* |
| Elizabeth Sweet, *Pro Hac Vice* | |
| Mark Hetfield, *Pro Hac Vice* | |
| HIAS, Inc. | |
| 1300 Spring Street, Suite 500 | |
| Silver Spring, MD 20910 | |
| Tel: 301-844-7300 | |
| liz.sweet@hias.org | |
| mark.hetfield@hias.org | |

JOINT STATUS REPORT - 3
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

JOSEPH H. HUNT
Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch


*/s/ Joshua Kolsky*
JOSHUA KOLSKY
KEVIN SNELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

JOINT STATUS REPORT - 4
Case No. 2:17-cv-00178-JLR

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Court's Electronic Mail Notice List.

DATED this 21st day of October, 2019.

KELLER ROHRBACK L.L.P.

By: /s/ *Tana Lin*
  Tana Lin, WSBA # 35271
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Tel.: (206) 623-1900
  Fax: (206) 623-3384
  Email: tlin@kellerrohrback.com

*Attorney for Plaintiffs/Cooperating Attorney for the American Civil Liberties Union of Washington Foundation*

JOINT STATUS REPORT - 5
Case No. 2:17-cv-00178-JLR

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel.: (206) 624-2184

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384