# Exhibit B

*Jewish Family Services v. Trump*, Case No. C17-0178JLR

```
 1                ACKNOWLEDGMENT OF DEPONENT
 2
 3          I have read the foregoing transcript of
 4    my deposition and except for any corrections or
 5    changes noted on the errata sheet, I hereby
 6    subscribe to the transcript as an accurate record
 7    of the statements made by me.
 8
 9                    _____
10                    JENNIFER V. HIGGINS
11                         B.
12          SUBSCRIBED AND SWORN before and to me
13    this  2  day of   April      , 20 19 .
14
15
16                    _____
17                              NOTARY PUBLIC
18
19
20    My Commission expires:
21
22
```

Page 330

# ERRATA SHEET

IN RE: JOHN DOE, et al. vs. DONALD TRUMP, et al.

DATE: 2/21/2019

| PAGE | LINE | CORRECTION AND REASON |
|---|---|---|
| Multiple pages in template including pg 5 lines 4 and 14 | | Spelling error: Jennifer V. Higgins should be Jennifer B. Higgins. |
| 13 | 8 | Spelling error: Lenkowski should be Lenkowsky |
| 13 | 14 | Spelling error: Shirazi should be Chiorazzi. |
| 14 | 6 | Clarification: "answers to questions from the prior deposition" should be "answers to questions from the prior deposition, including a summary of the key facts and a timeline." |
| 23 | 22 | Spelling error: Lenkowski should be Lenkowsky |
| 26 | 14 | Transcript error: national security council "in" should be national security council "and" |
| 42 | 5 | Spelling error: Shirazi should be Chiorazzi |
| 59 | 16 | Transcription error: "might USCIS beside..." should be "might use besides" |

4/2/19
(DATE)

JENNIFER X. HIGGINS  [signature]
B.

Page 331

1  E R R A T A   S H E E T   C O N T I N U E D
2  IN RE: JOHN DOE, et al. vs. DONALD TRUMP, et al.
3  DATE: 2/21/2019

| PAGE | LINE | CORRECTION AND REASON |
|---|---|---|
| 64 | 3-8 | Page is not marked "attorneys eyes only." |
| 67 | 3 | Typo: "BFR" should be "EFR" |
| 87 | 8 | Typo: "Yield 4" should be "EO 4" |
| 95 | 12 | Transcription error: "cc'ing" should be "ceasing" |
| 102 | 2 | Transcription error: "The overseas cases were impacted" should be "the overseas cases were NOT impacted." |
| 102 | 10 | Transcription error: "Usual" should be "Unusual" |
| 115 | 12 | Typo: "submitted you" should be "submitted to you" |
| 136 | 9 | Transcription error: "labor provision" should be "waiver provision" |
| 141 | 7, 10 & 22 | Spelling error: Shirazzi should be Chiorazzi |
| 142 | 3 & 6 | Spelling error: Shirazzi should be Chiorazzi |

4/2/19     [signature] 
(DATE)    JENNIFER X. HIGGINS
          B.

Page 330

# ERRATA SHEET

IN RE: JOHN DOE, et al. vs. DONALD TRUMP, et al.

DATE: 2/21/2019

| PAGE | LINE | CORRECTION AND REASON |
|---|---|---|
| 143 | 6 | Spelling error: Shirazi should be Chiorazzi |
| 157 | 15 | Transcription error: "to USCIS," should be "to use" |
| 158 | 16-17 | Transcription error: "prior station" should be "prioritization" |
| 160 | 4 | revision should be provision |
| 168 | 14 | Spelling error: Shirazi should be Chiorazzi |
| 210 | 1 | Typo: "It appears" should be "It depends" |
| 211 | 2-3 | Mistake: "It's probably two to three weeks" should be "A visa is not needed for Vienna even if traveling in our official capacity." |
| 238 | 18 | Typo: Available should be Unavailable |
| 240 | 12 | Transcription error: permitted should be affirmative |
| 250 | 15-22 | Mistake: strike "For USCIS, actually, I think we have an SOP that requires us, again, to monitor the expirations, and 30 days before they expire we request them to be able to keep them moving in the process." |

4/2/19
(DATE)   JENNIFER X. HIGGINS
B.

Page 331

| | | |
|---|---|---|
| 1 | E R R A T A   S H E E T   C O N T I N U E D | |
| 2 | IN RE: | JOHN DOE, et al. vs. DONALD TRUMP, et al. |
| 3 | DATE: | 2/21/2019 |

| PAGE | LINE | CORRECTION AND REASON |
|---|---|---|
| 253 | 5-7 | Clarification: "I believe that's correct, yes" should be "The 90-day review only applied to SAO nationals, but some enhancements were applied to both SAO nationals and non-SAO nationals." |
| 277 | 11 | Transcription error: "Our standing" should be "our understanding" |
| 297 | 16 | Typo: "90 percent with" should be "90 percent within" |
| 303 | 5 | tax should be TECS |
| 307 | 22 | Transcription error: "interviews were being done. I oversee SAF on...." should be "interviews were being done by our overseas staff on...." |
| 329 | 10 | Jennifer V. Higgins should be Jennifer B. Higgins |

4/2/19
(DATE)

JENNIFER V. HIGGINS [signed B.]