THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DONALD TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-0178JLR |
| JEWISH FAMILY SERVICE, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DONALD TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-1707JLR<br><br><br>(RELATING TO BOTH CASES) |

**NOTICE REGARDING STATUS OF SETTLEMENT DISCUSSIONS**

NOTICE REGARDING STATUS OF
SETTLEMENT DISCUSSIONS
(No. 17-cv-0178-JLR)

1    In advance of the court conference tomorrow in the above-captioned cases, the Parties write

2    to notify the Court that they have reached agreement on the principles of a settlement that, subject

3    to formal approval, will lead to a complete resolution of these cases.  The Parties now need

4    additional time to draft the appropriate documentation that reflects their agreement and seek formal

5    approval.  The Parties will work to expeditiously complete these tasks, and they expect to be able

6    to file a stipulated dismissal within thirty days of this Notice.

7    In light of this development, the Parties respectfully suggest that if the Court would hold

8    in abeyance resolving the outstanding discovery issue and the deadline for Defendants'

9    forthcoming motion to dismiss, *see* ECF No. 197 & Nov. 5, 2019 Notice, they could focus their

10   efforts on timely finalizing this settlement agreement while conserving this Court's resources.  The

11   Parties are happy to discuss this development further with this Court at tomorrow's hearing,

12   including the progress that they were able to make in reaching the above-referenced settlement in

13   principle.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   NOTICE REGARDING STATUS OF
     SETTLEMENT DISCUSSIONS
     (No. 17-cv-0178-JLR) – 1

RESPECTFULLY SUBMITTED BY,

DATED this 12th day of November, 2019.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

KELLER ROHRBACK L.L.P.

By: /s/ Emily Chiang
/s/ Lisa Nowlin
Emily Chiang, WSBA # 50517
Lisa Nowlin, WSBA # 51512
901 Fifth Avenue, Suite 630
Seattle, WA  98164
Tel.: (206) 624-2184
Email: echiang@aclu-wa.org
          lnowlin@aclu-wa.org

***Attorneys for Plaintiffs***

By: /s/ Lynn Lincoln Sarko
By: /s/ Tana Lin
By: /s/ Derek W. Loeser
By: /s/ Alison S. Gaffney
   Lynn Lincoln Sarko, WSBA # 16569
   Tana Lin, WSBA # 35271
   Derek W. Loeser, WSBA # 24274
   Alison S. Gaffney, WSBA # 45565
   1201 Third Avenue, Suite 3200
   Seattle, WA  98101
   Tel.: (206) 623-1900
   Fax: (206) 623-3384
   Email: lsarko@kellerrohrback.com
          tlin@kellerrohrback.com
          dloeser@kellerrohrback.com
          agaffney@kellerrohrback.com

By: /s/ Laurie B. Ashton
   Laurie B. Ashton (admitted *pro hac vice*)
   3101 North Central Avenue, Suite 1400
   Phoenix, AZ  85012-2600
   Tel.: (602) 248-0088
   Fax: (602) 248-2822
   Email: lashton@kellerrohrback.com

By: /s/ Alison Chase
   Alison Chase (admitted *pro hac vice*)
   1129 State Street, Suite 8
   Santa Barbara, CA  93101
   Tel.: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs/Cooperating***
***Attorneys for the American Civil Liberties***
***Union of Washington Foundation***

*s/ Mariko Hirose*
David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Mariko Hirose, *Pro Hac Vice*
Deepa Alagesan, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

Melissa S. Keaney, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 2291
Fair Oaks, CA 95628
Tel: (916) 546-6125
mkeaney@refugeerights.org

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 279-5441
jcox@refugeerights.org

National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

NOTICE REGARDING STATUS OF
SETTLEMENT DISCUSSIONS
(No. 17-cv-0178-JLR) – 3

JOSEPH H. HUNT
Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA GARDNER
Special Counsel, Federal Programs Branch

*s/ Kevin Snell*
JOSHUA KOLSKY
KEVIN SNELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

NOTICE REGARDING STATUS OF
SETTLEMENT DISCUSSIONS
(No. 17-cv-0178-JLR) – 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the registered CM/ECF users for this case.

DATED this 12th day of November, 2019.

*s/ Lauren Watts Staniar*

CERTIFICATE OF SERVICE
(No. 17-cv-0178-JLR) – 1