UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> ORDER OF DISMISSAL <br><br> (RELATING TO BOTH CASES) <br><br> CASE NO C17-1707JLR |
| JEWISH FAMILY SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

ORDER - 1

1  IT IS ORDERED that this action and all claims asserted herein are DISMISSED
2  with prejudice and without costs to any party.
3  In the event settlement is not perfected, any party may move to reopen the case,
4  provided such motion is filed within **60** days of the date of this order. Any trial date and
5  pretrial dates previously set are hereby VACATED.
6  Dated this 13th day of November, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2