THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>       Defendants. | CASE NO. C17-0178JLR<br><br>**STIPULATED MOTION TO RE-OPEN CASES FOR LIMITED PURPOSE OF FORMAL APPROVAL OF SETTLEMENT**<br><br>**NOTE ON MOTION CALENDAR: January 10, 2020** |
| JEWISH FAMILY SERVICE, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, et al.,<br><br>       Defendants. | CASE NO. C17-1707JLR<br><br>(RELATING TO BOTH CASES) |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Parties jointly file this motion to respectfully request that the Court re-open these cases for the limited purpose of allowing an additional two weeks to finalize the settlement agreement that will lead to a complete resolution of these cases. As discussed below, despite diligent efforts in the past two months, counsel for the Parties require the additional time to finalize the settlement agreement.

**A.      The Parties' Progress in Reaching Settlement**

On November 13, 2019, the Court entered an Order of Dismissal (ECF No. 202) following the Parties' Notice Regarding Status of Settlement Discussions (ECF No. 200) that explained the Parties have reached agreement on the principles of a settlement. The Order noted that "[i]n the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within 60 days of the date of this order."

Since then, the Parties have worked diligently to draft appropriate documentation that reflects their agreement, exchanging numerous drafts and conferring over the phone on several occasions. However, the intervening holidays limited the availability of key stakeholders and it took the Parties until this week to reach agreement on the near final written form of the settlement agreement.

**B.      The Need for Additional Time to Obtain Formal Approval**

At this stage, counsel for the Parties still need to obtain formal approval of the final written form of the settlement agreement, which counsel expect may take some time given the varied situations of the clients. For Plaintiffs, the formal approval process for certain organizational plaintiffs requires convening their board for a vote. Moreover, Plaintiffs' counsel will need to prepare translated versions of the agreement in Arabic and in Somali for some of the individual clients. Some individual plaintiffs live in precarious situations where it may take time to safely access telephone or e-mail. Defendants have obtained most of the necessary approvals and expect that the remaining steps of the approval process will be complete in the coming days.

The Parties therefore respectfully request that the Court re-open the cases for the limited

STIPULATED MOTION TO RE-OPEN CASES
(No. 17-cv-0178-JLR) - 1

146883176.1

1   purpose of providing necessary time to finalize and execute the settlement agreement. Although

2   the settlement is not yet perfected for the reasons given above, counsel for Plaintiffs expect to be

3   able to obtain formal approval of the settlement agreement within two weeks and are prepared to

4   file a stipulated dismissal as soon as they obtain formal approval.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO RE-OPEN CASES
(No. 17-cv-0178-JLR) - 2

146883176.1

1   RESPECTFULLY SUBMITTED BY,          DATED this 10th day of January, 2020.

2

3   AMERICAN CIVIL LIBERTIES UNION       KELLER ROHRBACK L.L.P.
    OF WASHINGTON FOUNDATION

4   By: /s/ Lisa Nowlin                  By: /s/ Lynn Lincoln Sarko
5       Lisa Nowlin, WSBA # 51512        By: /s/ Tana Lin
        P.O. Box 2728                     By: /s/ Derek W. Loeser
6       Seattle, WA  98111               By: /s/ Alison S. Gaffney
        Tel.: (206) 624-2184                 Lynn Lincoln Sarko, WSBA # 16569
7       Email: lnowlin@aclu-wa.org           Tana Lin, WSBA # 35271
                                             Derek W. Loeser, WSBA # 24274
8       *Attorneys for Plaintiffs*           Alison S. Gaffney, WSBA # 45565
                                             1201 Third Avenue, Suite 3200
9                                            Seattle, WA  98101
                                             Tel.: (206) 623-1900
10                                           Fax: (206) 623-3384
                                             Email: lsarko@kellerrohrback.com
11                                                  tlin@kellerrohrback.com
12                                                  dloeser@kellerrohrback.com
                                                    agaffney@kellerrohrback.com
13
                                         By: /s/ Laurie B. Ashton
14                                           Laurie B. Ashton (admitted *pro hac vice*)
15                                           3101 North Central Avenue, Suite 1400
                                             Phoenix, AZ  85012-2600
16                                           Tel.: (602) 248-0088
                                             Fax: (602) 248-2822
17                                           Email: lashton@kellerrohrback.com

18                                       By: /s/ Alison Chase
19                                           Alison Chase (admitted *pro hac vice*)
                                             1129 State Street, Suite 8
20                                           Santa Barbara, CA  93101
                                             Tel.: (805) 456-1496
21                                           Fax: (805) 456-1497
                                             Email: achase@kellerrohrback.com
22
23                                           *Attorneys for Plaintiffs/Cooperating*
                                             *Attorneys for the American Civil Liberties*
24                                           *Union of Washington Foundation*

25

26

STIPULATED MOTION TO RE-OPEN CASES                    **Perkins Coie LLP**
(No. 17-cv-0178-JLR) - 3                          1201 Third Avenue, Suite 4900
                                                    Seattle, WA  98101-3099
                                                     Phone:  206.359.8000
146883176.1                                            Fax:  206.359.9000

1  *s/ Lauren Watts Staniar*
2  David Burman, WSBA No. 10611
   Lauren Watts Staniar, WSBA No. 48741
3  Tyler Roberts, WSBA No. 52688
   Perkins Coie LLP
4  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
5  Telephone:  206.359.8000
6  Facsimile:  206.359.9000
   dburman@perkinscoie.com
7  lstaniar@perkinscoie.com
   troberts@perkinscoie.com
8
   Mariko Hirose, *Pro Hac Vice*
9  Deepa Alagesan, *Pro Hac Vice*
   Linda Evarts, *Pro Hac Vice*
10 Kathryn C. Meyer, *Pro Hac Vice*
   International Refugee Assistance Project
11 40 Rector Street, 9th Floor
   New York, NY 10006
12 Tel: (646) 459-3044
   mhirose@refugeerights.org
13 dalagesan@refugeerights.org
14 levarts@refugeerights.org
   kmeyer@refugeerights.org
15
   Melissa S. Keaney, *Pro Hac Vice*
16 International Refugee Assistance Project
17 PO Box 2291
   Fair Oaks, CA 95628
18 Tel: (916) 546-6125
   mkeaney@refugeerights.org
19
20 Elizabeth Sweet, *Pro Hac Vice*
   Mark Hetfield, *Pro Hac Vice*
21 HIAS, Inc.
   1300 Spring Street, Suite 500
22 Silver Spring, MD 20910
   Tel: 301-844-7300
23 liz.sweet@hias.org
   mark.hetfield@hias.org
24
25
26

Justin B. Cox, *Pro Hac Vice*
International Refugee Assistance Project
PO Box 170208
Atlanta, GA  30317
Tel: (678) 279-5441
jcox@refugeerights.org

Max S. Wolson, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
wolson@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY  10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs Jewish Family Service, et al.*

STIPULATED MOTION TO RE-OPEN CASES
(No. 17-cv-0178-JLR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

146883176.1

JOSEPH H. HUNT
Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA GARDNER
Special Counsel, Federal Programs Branch


*s/ Joshua Kolsky*
JOSHUA KOLSKY
KEVIN SNELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 514-3259
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

STIPULATED MOTION TO RE-OPEN CASES
(No. 17-cv-0178-JLR) - 5

146883176.1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on January 10, 2020, I caused to be electronically filed the foregoing

3   document with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to all of the registered CM/ECF users for this case.

5

6   DATED:  January 10, 2020

*s/ Lauren Watts Staniar*
Lauren Watts Staniar, WSBA No. 48741

7   Perkins Coie LLP
1201 Third Avenue, Suite 4900

8   Seattle, WA  98101-3099
Telephone:  206.359.8000

9   Facsimile:  206.359.9000
lstaniar@perkinscoie.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 17-cv-0178-JLR) – 1

146883176.1