UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOES, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0178JLR <br><br> ORDER ON STIPULATED MOTION TO REOPEN CASE (RELATING TO BOTH CASES) |
| JEWISH FAMILY SERVICES, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CASE NO C17-1707JLR |

Before the court is the parties' stipulated motion to reopen this matter for the limited purpose of perfecting the settlement agreement. (*See* Stip. (Dkt. # 203).) As discussed below, the court GRANTS in part and DENIES in part the stipulated motion.

ORDER - 1

On November 13, 2019, the court entered a dismissal order based on the parties' notification that they had settled this matter. (*See* Dismissal Order (Dkt. # 202).) The dismissal order stated that "[i]n the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order." (*Id.* at 2.) The parties timely filed their stipulated motion to reopen this matter. (*See* Stip.) In their motion, the parties represent that they have "reach[ed] agreement on the near final written form of the settlement agreement," but need additional time to convene board meetings for the organizational parties to approve the settlement and to translate the document into both Arabic and Somali for some of the individual parties. (*See id.* at 1.)

Based on these representations, the court GRANTS in part and DENIES in part the parties' stipulated motion (Dkt. # 203). The court declines to reopen this matter but grants the parties an additional 30 days from the filing date of this order to perfect their settlement and file a stipulated dismissal of this matter. In the event settlement is not perfected within that timeframe, any party may move to reopen the case, provided such motion is filed within **30** days of the date of this order.

Dated this 13th day of January, 2020.

JAMES L. ROBART
United States District Judge