THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-0178JLR<br><br>[PROPOSED] ORDER |
| JEWISH FAMILY SERVICES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-1707JLR<br><br>**(RELATING TO BOTH CASES)** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' John Doe, et al., and Jewish Family Services, et al., Unopposed Motion to File Exhibit A to the Settlement Agreement Under Seal and Redact Portions of Exhibit B to the Settlement Agreement pursuant to Local Rule 5(g). Defendants do not oppose the motion. Having considered the motion, all relevant pleadings, and the papers filed in support of the motion, this Court GRANTS the Motion. *The court further DIRECTS the Clerk to maintain the seal on docket no. 207.* /JLR/

**IT IS SO ORDERED.**

Dated this 10th day of February, 2020.

_____
The Honorable James L. Robart
United States District Judge

Presented by,

s/ *Lauren Watts Staniar*
Lauren W. Staniar, WSBA No. 48741
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: lstaniar@perkinscoie.com

Attorney for Plaintiffs